UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION,

    Plaintiff,

    v.

DIRECTV, INC., et al.,

    Defendants.

Case No.  15-cv-01129-HSG

**SCHEDULING ORDER**

A Case Management Conference in this action was held on June 16, 2015 before the undersigned.  The following deadlines are set:

| Event | Deadline |
|---|---|
| Amend Complaint | Aug. 1, 2015 |
| Fact Discovery Close | Apr. 22, 2016 |
| Opening Expert Reports | Apr. 25, 2016 |
| Rebuttal Expert Reports | Jun. 10, 2016 |
| Experts Reply Date | July 1, 2016 |
| Expert Discovery Close | Jul. 26, 2016 |
| Settlement Conference | Aug. 4, 2016 |
| MSJ Filing Deadline | Aug. 25, 2016 |
| MSJ Hearing Date | Sep. 29, 2016 |
| Pretrial Conference | Nov. 22, 2016 |
| Bench Trial Date | Dec. 5, 2016 |

These dates may only be altered by order of the Court and only upon a showing of good cause.

**IT IS SO ORDERED.**

Dated: 7/1/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge