UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>DIRECTV, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-01129-HSG<br><br>**ORDER GRANTING FEDERAL TRADE COMMISSION'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DIRECTV'S MOTION FOR SUMMARY JUDGMENT AND DENYING FEDERAL TRADE COMMISSION'S MOTION TO SHORTEN TIME FOR EXTENSION**<br><br>Re: Dkt. Nos. 58, 60 |

The Court has considered the Federal Trade Commission's ("FTC's") Motion for an Extension of Time to Respond to Defendant's Partial Motion for Summary Judgment. The Court GRANTS the motion. The FTC's Motion to Shorten Time on Motion for an Extension is DENIED AS MOOT.

The FTC's response to DIRECTV's motion for partial summary judgment shall be due November 24, 2015. DIRECTV's reply in support of its motion for partial summary judgment shall be due on December 22, 2015.

**IT IS SO ORDERED.**

Dated: 10/21/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge