1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION,

          Plaintiff,

      v.

DIRECTV, INC., et al.,

          Defendants.

Case No.  15-cv-01129-HSG   (MEJ)

**NOTICE OF REFERRAL FOR DISCOVERY**

      This case has been referred to the undersigned magistrate judge for all discovery-related matters.  The parties must comply with the undersigned's Discovery Standing Order, which is available on the Court's website at http://www.cand.uscourts.gov/mej.  A copy is enclosed herewith for any pro se party.

      The parties are advised they must meet and confer <u>in person</u> before any dispute is considered.  Thus, any pending discovery motions are hereby DENIED WITHOUT PREJUDICE to the filing of a joint letter.  If the parties submitted a letter to the presiding judge instead of a motion, the letter shall not be considered unless the parties attest they met and conferred <u>in person</u> prior to filing the letter.  Accordingly, if there is a pending letter, the parties shall file a joint statement within three days of this notice verifying that they met in person prior to filing the letter.

      Please contact the Courtroom Deputy Clerk, Rose Maher, at (415) 522-4708 with any questions.

      **IT IS SO ORDERED.**

Dated: November 13, 2015

_____

MARIA-ELENA JAMES
United States Magistrate Judge