1  Eric D. Edmondson, D.C. Bar No. 450294
2  Erika Wodinsky, Cal. Bar No. 091700
   Boris Yankilovich, Cal. Bar No. 257887
3  Jacob A. Snow, Cal. Bar No. 270988
   901 Market Street, Suite 570, San Francisco, CA  94103
4  (415) 848-5100/(415) 848-5184 (fax)
   *eedmondson@ftc.gov*; *ewodinsky@ftc.gov*;
5  *byankilovich@ftc.gov*; *jsnow@ftc.gov*

6  Raymond E. McKown, Cal. Bar No. 150975
   Kenneth H. Abbe, Cal. Bar No. 172416
7  Stacy Procter, Cal. Bar No. 221078
   10877 Wilshire Blvd., Suite 700, Los Angeles, CA 90024
8  (310) 824-4343/(310) 824-4380 (fax)
   *rmckown@ftc.gov*; k*abbe@ftc.gov*; *sprocter@ftc.gov*

9  Attorneys for Plaintiff
10 Federal Trade Commission

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, a corporation, and<br><br>DIRECTV, LLC, a limited liability company,<br><br>Defendants. | CASE NO. 15-cv-01129-HSG<br><br>**NOTICE OF ERRATA TO THE FEDERAL TRADE COMMISSION'S OPPOSITION TO DIRECTV'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hon. Haywood S. Gilliam, Jr. |

1   PLEASE TAKE NOTICE of the following corrections to the Federal Trade
2 Commission's Opposition to DIRECTV's Motion for Partial Summary Judgment ("Opposition")
3 (Dkt. No. 71).  In the "Corrected Language" column below, added language is underlined and
4 removed language is stricken through.

| Page and Line No. | Original Language | Corrected Language |
|---|---|---|
| Page 3, Lines 4–5 | (Dkt No. 2 ¶¶ 11, 20.) | (Dkt No. 2<u>5</u> ¶¶ 11, 20.) |
| Page 17, Lines 14–15 | "the inability to future date and refuse premiums at the point of sale." | "the inability to <u>set a</u> future <u>cancellation</u> date and refuse premiums at the point of sale." |
| Page 11, Line 12 | "conditions close the triggering claim" | "conditions close <u>to</u> the triggering claim" |
| Page 21, Line 12 | Senate Report at 41 (Stahl Dec. Ex. H, at 28). | <u>Office of Oversight and Investigations, Aggressive Sales Tactics on the Internet and their Impact on American Consumers (Nov. 16, 2009), Sen. Comm. on Commerce, Science and Technology, Restore Online Shoppers' Confidence Act, S. Rep. No. 111-240,</u> ~~Senate Report at~~ 41 (Stahl Dec. Ex. H, at 28). |

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: November 30, 2015 | /s/ Eric Edmondson |
|   | Eric D. Edmondson<br>Erika Wodinsky<br>Jacob A. Snow<br>Boris Yankilovich<br>901 Market Street, Suite 570<br>San Francisco, CA 94103<br>(415) 848-5100 (phone)<br>(415) 848-5184 (facsimile) |
|   | Raymond E. McKown<br>Kenneth H. Abbe<br>Stacy Procter<br>10877 Wilshire Blvd., Suite 700<br>Los Angeles, CA 90024<br>(310) 824-4343 (phone)<br>(310) 824-4380 (facsimile) |
|   | Attorneys for Plaintiff<br>Federal Trade Commission |