Counsel Listed on Signature Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 3:15-cv-01129 HSG |
| Plaintiff, | Assigned to the Hon. Haywood S. Gilliam, Jr. |
| v. | **JOINT STIPULATION AND ORDER CONTINUING THE DEADLINE FOR DIRECTV TO FILE ITS REPLY BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AND CONTINUING HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| DIRECTV, a corporation, | |
| and | |
| DIRECTV, LLC, a limited liability company, | |
| | Complaint Filed:   March 11, 2015 |
| Defendants. | Trial Date:             December 5, 2016 |

Pursuant to Local Rule 6-2 and 7-12, Plaintiff Federal Trade Commission ("FTC") and Defendants DIRECTV and DIRECTV, LLC (collectively "DIRECTV"), hereby stipulate and agree as follows:

1. DIRECTV filed its Motion for Partial Summary Judgment on October 13, 2015 [Dkt. No. 53].

2. On October 20, 2015, the FTC filed a Motion for Extension of Time to File Response/Reply to the Motion for Partial Summary Judgment [Dkt. No. 58].

3. On October 21, 2015, the Court granted the FTC's motion and continued (i) the FTC's opposition due date to November 24, 2015, (ii) DIRECTV's reply due date to December 22, 2015, and (iii) the hearing date on the Motion for Partial Summary Judgment to January 14, 2016 [Dkt. No. 64].

4. The FTC filed its opposition brief to the Motion for Partial Summary Judgment on November 24, 2015 [Dkt. No. 72].

5. DIRECTV's reply brief in support of its Motion for Partial Summary Judgment is currently scheduled to be filed on or before December 22, 2015, and the hearing is scheduled for January 14, 2016, at 2:00 p.m.

6. The parties have met and conferred about additional discovery to take place prior to DIRECTV filing its reply brief. *See* Concurrently-Filed Declaration of Chad S. Hummel.

7. In order to allow time for this discovery, the parties hereby stipulate to and respectfully request that the Court enter the following schedule:

   a. DIRECTV shall file its reply brief by January 25, 2016.

   b. The hearing on the Motion for Partial Summary Judgment should be continued to February 25, 2016, at 2:00 p.m., or as soon thereafter as the matter may be heard before the Court.

Dated: December 8, 2015

SIDLEY AUSTIN LLP

By: /s/ Chad S. Hummel

1
STIPULATION AND [PROPOSED] ORDER

3:15-CV-01129

|   |   |
|---|---|
|   | Chad S. Hummel |
|   | Attorneys for Defendants |
|   | DIRECTV and DIRECTV, LLC |

Dated: December 8, 2015

                                     FEDERAL TRADE COMMISSION

                                     By:  /s/ Eric D. Edmondson
                                           Eric D. Edmondson
                                           Attorneys for Plaintiff

Filer's Attestation: Pursuant to Local Rule 5-1(i)(3), regarding signatures, Chad S. Hummel hereby attests that concurrence in the filing of this document has been obtained from Eric D. Edmondson.

_____

**ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED THAT:

a.    DIRECTV shall file its reply brief by January 25, 2016.

b.    The hearing on the Motion for Partial Summary Judgment should be continued to February 25, 2016, at 2:00 p.m.

Dated:   December 9, 2015                                       _____
                                                          Honorable Haywood S. Gilliam, Jr.