UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION,

        Plaintiff,

    v.

DIRECTV, INC., et al.,

        Defendants.

Case No.  15-cv-01129-HSG   (MEJ)

**DISCOVERY ORDER**

Re: Dkt. No. 89

The Court is in receipt of the request from Defendant DIRECTV, Inc. and non-party witness Paula Selis, filed January 5, 2016, a dispute about whether DIRECTV may take Ms. Selis's deposition pursuant to a Rule 45 subpoena.  Dkt. No. 89.  The parties request: (1) they be relieved of the obligation to meet and confer in person, given that Ms. Selis is in Seattle; (2) permission to file a joint letter brief (not to exceed 5 pages) on this issue by 1 PM PT on Friday, January 8; and (3) expedited consideration and resolution of the issue so that DIRECTV can file its Reply briefing in support of its Motion for Partial Summary Judgment by the January 25 deadline.  Good cause appearing, the Court hereby GRANTS the request, provided the parties meet and confer by video conference or, if such technology is not available, by telephone.  In order to ensure compliance with the purpose of the meet and confer requirement, the parties shall (1) make a contemporaneous record of their meeting using a court reporter or electronic recording device, and (2) create a log showing the beginning and ending time of discussions of particular topics.  The parties shall prepare the recording and log in a format the Court can easily use if it needs to review them.  The joint letter shall include as part of the cover page a statement as to how the parties met and conferred in compliance with this Order and the Discovery Standing Order. The parties need not submit the recording unless requested by the Court.

      **IT IS SO ORDERED.**

Dated: January 5, 2016

_____

MARIA-ELENA JAMES
United States Magistrate Judge