Counsel Listed on Signature Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| FEDERAL TRADE COMMISSION, | Case No. 3:15-cv-01129 HSG |
|---|---|
| Plaintiff, | Assigned to the Hon. Haywood S. Gilliam, Jr. |
| v. | Referral to the Hon. Maria-Elena James |
| DIRECTV, a corporation, <br> and <br> DIRECTV, LLC, a limited liability company, | **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| Defendants. | Complaint Filed: March 11, 2015 <br> Trial Date: December 5, 2016 |

Pursuant to Local Rule 6-2 and 7-12, Defendants DIRECTV and DIRECTV, LLC (collectively "DIRECTV") and Plaintiff Federal Trade Commission ("FTC"), hereby stipulate and agree as follows:

1. DIRECTV's Motion for Partial Summary Judgment (Dkt. 53, the "Motion") is fully briefed and scheduled for hearing on February 25, 2016.

2. Due to DIRECTV's lead trial counsel's unavailability on February 25, 2016, and with agreement from the FTC, the parties respectfully request that the hearing be continued until March 4, 2016.

3. Chad Hummel, lead trial counsel for DIRECTV, will be in trial on February 25, 2016, in the matter captioned as *Mount Olympus Mortgage Co. v. Benjamin Anderson, et al.*, Case No. 30-2014-00729438-CU-BT-CJC in the Superior Court of the State of California, for the County of Orange (Hon. Craig Griffin presiding).

4. At the time the hearing on the Motion was set, Judge Griffin had a different trial schedule that would have allowed Mr. Hummel to argue the motion on February 25, 2015.

5. DIRECTV has asked the FTC if it is available for a hearing on March 4, 2016 and whether it would agree to request a continuance to that date. Eric Edmondson, lead trial counsel for the FTC, stated that he is available on March 4, 2016 and that the FTC agrees to make the request.

6. Accordingly, the parties hereby agree and stipulate and respectfully request that this Court continue the hearing date on the Motion for Partial Summary Judgment to Friday, March 4, 2016, at 2:00 p.m., or as soon thereafter as the matter may be heard before the Court.

7. The parties recognize that Your Honor does not normally conduct hearings on Fridays and that they are requesting an exception to Your Honor's normal procedures.

8. This will be the third time the hearing on the Motion for Partial Summary Judgment has been continued. The Court previously continued the hearing on October 21, 2015, when it granted the FTC's Motion for Extension of Time to File Response/Reply to the Motion for Partial Summary Judgment. [Dkt. No. 64]. The hearing was continued again on December 9, 2015, after the Court granted the parties' stipulation to continue the hearing to allow time for additional discovery. [Dkt. No. 87].

Dated: February 3, 2016

SIDLEY AUSTIN LLP

By:  /s/ Chad S. Hummel
Chad S. Hummel
Attorneys for Defendants
DIRECTV and DIRECTV, LLC

Dated: February 3, 2016

FEDERAL TRADE COMMISSION

By:  /s/ Eric D. Edmondson
Eric D. Edmondson
Attorneys for Plaintiff

Filer's Attestation: Pursuant to Local Rule 5-1(i)(3), regarding signatures, the filer hereby attests that concurrence in the filing of this document has been obtained from all signatories.

_____

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED THAT:

a. The hearing on the Motion for Partial Summary Judgment is continued to March 4, 2016, at 10:00 a.m.

Dated:   February 4 , 2016

Honorable Haywood S. Gilliam, Jr.