Counsel Listed on Signature Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 3:15-cv-01129 HSG |
| Plaintiff, | Assigned to the Hon. Haywood S. Gilliam, Jr. |
| v. | Referral to the Hon. Maria-Elena James |
| DIRECTV, a corporation, <br> and <br> DIRECTV, LLC, a limited liability company, | **JOINT STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| | Complaint Filed: March 11, 2015 <br> Trial Date: December 5, 2016 |
| Defendants. | |

Pursuant to Local Rule 6-2 and 7-12, Defendants DIRECTV and DIRECTV, LLC (collectively "DIRECTV") and Plaintiff Federal Trade Commission ("FTC"), hereby stipulate and respectfully request as follows:

1. On February 8, 2016, the parties filed their Joint Stipulation and [Proposed] Order Extending Case Deadlines. [Dkt. No. 100].

2. On February 9, 2016, the Clerk gave notice that a Case Management Conference has been set for February 16, 2016, at 2:00 p.m. [Dkt. No. 101].

3. Chad Hummel, lead trial counsel for DIRECTV, will be in trial on February 16, 2016, in the matter captioned as *Mount Olympus Mortgage Co. v. Benjamin Anderson, et al.*, Case No. 30-2014-00729438-CU-BT-CJC in the Superior Court of the State of California, for the County of Orange (Hon. Craig Griffin presiding). The trial days in that matter are Tuesday through Thursday. In addition, lead trial counsel for the FTC will be out-of-town during the week of February 15, 2016, although he could return for a hearing if necessary.

4. DIRECTV has asked the FTC if it is available for the Case Management Conference on Monday, February 22, 2016 and whether it would agree to continue the Case Management Conference to that date. Eric Edmondson, lead trial counsel for the FTC, stated that he is available on February 22, 2016.

5. Accordingly, in order to allow lead trial counsel to appear for the Case Management Conference, the parties hereby agree and respectfully request that this Court continue the Case Management Conference to Monday, February 22, 2016, at 2:00 p.m., or as soon thereafter as the matter may be heard before the Court.

6. This is the first time the parties have requested that the Case Management Conference be continued. The Court has previously continued (a) the deadline for the FTC to move to strike DIRECTV's affirmative defenses [Dkt. No. 23]; (b) the deadline for the FTC to file a response to DIRECTV's Motion for Partial Summary Judgment [Dkt. No. 64]; (c) the deadline for DIRECTV to file a reply in support of its Motion for Partial Summary Judgment [Dkt. Nos. 64, 87]; and (d) the hearing date on DIRECTV's Motion for Partial Summary Judgment [*see* Dkt. Nos. 64, 87, 99].

//

Dated: February 11, 2016           SIDLEY AUSTIN LLP


                                   By:  /s/ Chad S. Hummel
                                        Chad S. Hummel
                                        Attorneys for Defendants
                                        DIRECTV and DIRECTV, LLC

Dated: February 11, 2016           FEDERAL TRADE COMMISSION


                                   By:  /s/ Eric D. Edmondson
                                        Eric D. Edmondson
                                        Attorneys for Plaintiff

Filer's Attestation: Pursuant to Local Rule 5-1(i)(3), regarding signatures, Chad S. Hummel hereby attests that concurrence in the filing of this document has been obtained from Eric D. Edmondson.

_____

**ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED **EXCEPT** THAT:

a.   The Case Management Conference is continued to **March 4, 2016 at 10:00 a.m.**


Dated:  February 11, 2016          _____
                                   Honorable Haywood S. Gilliam, Jr.