UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRECTV, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-01129-HSG   (MEJ)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 107 |

On February 12, 2016, the parties filed a discovery dispute letter concerning Topic 1[1] of Defendant DIRECTV's June 22, 2015, Rule 30(b)(6) Notice of Deposition to Plaintiff Federal Trade Commission ("FTC").  Dkt. No. 107.  FTC seeks a protective order preventing the deposition from going forward on this topic, arguing it seeks materials protected by the common interest doctrine and attorney work product.  However, while it is possible that some information related in Topic 1 may be privileged, it is not clear that all such communications are.  Accordingly, FTC's request is **DENIED** without prejudice to raising proper objections to individual questions at the time of the deposition.

**IT IS SO ORDERED.**

Dated: February 18, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge

---

[1] Topic No. 1: "All communications, negotiations, and discussions between or involving the FTC, on the one hand, and DIRECTV (including its attorneys) and/or any or all of the 'attorneys general of all 50 states and the District of Columbia,' on the other, both before and after the effective date of the multi-state settlement agreement concerning the multistate settlement agreement and any of its terms."  Jt. Ltr., Ex. A.