Eric D. Edmondson, D.C. Bar No. 450294
Erika Wodinsky, Cal. Bar No. 091700
Boris Yankilovich, Cal. Bar No. 257887
Jacob A. Snow, Cal. Bar No. 270988
901 Market Street, Suite 570, San Francisco, CA 94103
(415) 848-5100/(415) 848-5184 (fax)
*eedmondson@ftc.gov*; *ewodinsky@ftc.gov*;
*byankilovich@ftc.gov*; *jsnow@ftc.gov*

Raymond E. McKown, Cal. Bar No. 150975
Kenneth H. Abbe, Cal. Bar No. 172416
Stacy Procter, Cal. Bar No. 221078
10877 Wilshire Blvd., Suite 700, Los Angeles, CA 90024
(310) 824-4343/(310) 824-4380 (fax)
*rmckown@ftc.gov*; *kabbe@ftc.gov*; *sprocter@ftc.gov*

Attorneys for Plaintiff
Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br>　　　Plaintiff,<br><br>　　　v.<br><br>**DIRECTV,**<br>　　　a corporation,<br>and<br><br>**DIRECTV, LLC,**<br>　　　a limited liability company,<br><br>　　　Defendants. | Case No.  15-cv-01129-HSG<br><br>STIPULATION AND ORDER PERMITTING THE USE OF THE COURT'S ELECTRONIC EVIDENCE PRESENTATION SYSTEMS AND SPECIFIED AUDIO AND VISUAL TECHNICAL EQUIPMENT AT THE HEARING ON DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Hon. Haywood S. Gilliam Jr.<br><br>Hearing Date:　March 4, 2016<br>Time:　　　　　10:00 a.m.<br>Place:　　　　Courtroom 15, 18th Floor |

STIPULATION AND ~~PROPOSED~~ ORDER RE FTC'S ADMIN MOTION TO PERMIT USE OF EEPS AND TECHNICAL EQUIPMENT

Pursuant to Civil Local Rules 7-11(a) and 7-12, the parties hereby stipulate to the concurrently filed Federal Trade Commission's Administrative Motion for an Order permitting the use of the Court's Electronic Evidence Presentation System and specified audio and visual technical equipment at the March 4, 2016 hearing on Defendants' Motion for Partial Summary Judgement (the "Motion").

Dated:  February 26, 2016

*/s/ Eric D. Edmondson*                                  */s/ Ryan M. Sandrock*
Eric D. Edmondson                                         Ryan M. Sandrock
Attorney for Plaintiff Federal Trade            Attorney for Defendants DIRECTV
Commission                                                  and DIRECTV, LLC

The Court, having considered the Motion and the parties' stipulation above, hereby ORDERS that use of the Court's Electronic Evidence Presentation System during the March 4, 2016 hearing, if necessary, is permitted, and that the following items may be brought into the Courthouse (Courtroom **10**, **19**th Floor) on March 4, 2016 for the hearing:

1. 2 Laptops with power cords
2. 2 VGA cords

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  March 3, 2016

Haywood S. Gilliam Jr.
United States District Court Judge