UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRECTV, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-01129-HSG   (MEJ)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 113 |

The Court is in receipt of the parties' discovery dispute letter regarding the FTC's Requests for Production No. 12 ("All consumer complaints regarding any of the Material Terms of the Service.") and No. 13 ("All Documents relating to consumer complaints regarding any of the Material Terms of the Service."). Dkt. No. 113. Having reviewed the parties' positions, the Court finds the FTC's requests relevant but overbroad. Accordingly, the Court ORDERS the parties to further meet and confer in an effort to narrow the scope of the requests. If unable to reach a resolution, the parties shall file an updated letter in compliance with the Discovery Standing Order, setting forth a summary of each party's final substantive <u>position and their final proposed compromise on each issue</u>, including relevant legal authority. With regard to DIRECTV's argument regarding redaction of personal consumer information, the parties are directed to meet and confer regarding redaction of any such information, unless the FTC can make a compelling showing as to its relevancy. If any personal information is necessary, it can be sufficiently safeguarded under the parties' Protective Order.

**IT IS SO ORDERED.**

Dated: March 8, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge