UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DIRECTV, INC., et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-01129-HSG   (MEJ)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 121 |

　　　　The Court is in receipt of the parties' discovery dispute letter concerning Defendants DIRECTV and DIRECTV, LLC's (collectively, "DIRECTV") request to compel an oral deposition of Paula Selis, a former Assistant Attorney General for the State of Washington who represented Washington in the litigation that resulted in multistate settlement agreements regarding DIRECTV's advertising. Dkt. No. 121. Although she is not a party in this case, Plaintiff Federal Trade Commission ("FTC") submitted Ms. Selis's declaration in support of its Opposition to DIRECTV's pending Motion for Partial Summary Judgment. Dkt. No. 75. In her Declaration, Ms. Selis states that she was Washington's lead attorney in connection with its complaint against DIRECTV, as well as negotiation and entry of the settlement agreement between Washington and DIRECTV. Selis Decl. ¶ 4.

　　　　The parties previously brought this dispute to the Court's attention (*see* Dkt. Nos. 89, 91) and, after a hearing on the matter, the Court allowed DIRECTV to depose Ms. Selis, but by written deposition questions. Dkt. No. 92 (Minute Order). Ms. Selis gave her deposition on January 18, 2016. Jt. Ltr., Ex. A (Dep. Tr.), Dkt. No. 121-1. DIRECTV now renews its request for an oral deposition, arguing that Ms. Selis refused to provide substantive answers to almost every question. Jt. Ltr. at 2.

1   Having reviewed the parties' arguments and the deposition transcript, the Court finds Ms.
2   Selis's written deposition responses insufficient, and that the most efficient way for DIRECTV to
3   obtain proper responses at this point is by oral deposition.  Accordingly, the Court ORDERS Ms.
4   Selis to sit for a three-hour oral deposition at a time and place convenient to her.
5   **IT IS SO ORDERED.**

7   Dated: March 16, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge