Eric D. Edmondson, D.C. Bar No. 450294
Erika Wodinsky, Cal. Bar No. 091700
Jacob A. Snow, Cal. Bar No. 270988
Boris Yankilovich, Cal Bar No. 257887
901 Market Street, Suite 570,
San Francisco, CA  94103
(415) 848-5100 / (415) 848-5184 (fax)
eedmondson@ftc.gov; ewodinsky@ftc.gov;
jsnow@ftc.gov; byankilovich@ftc.gov

Raymond E. McKown, Cal. Bar No. 150975
Stacy Procter, Cal. Bar No. 221078
Kenneth H. Abbe, Cal. Bar No. 172416
10877 Wilshire Blvd., Suite 700
Los Angeles, CA 90024
(310) 824-4343 / (310) 824-4380 (fax)
rmckown@ftc.gov; sprocter@ftc.gov;
kabbe@ftc.gov

Attorneys for Plaintiff
Federal Trade Commission

Chad S. Hummel, SBN 139055
chummel@sidley.com
Clayton S. Friedman, SBN 245513
cfriedman@sidley.com
Mark D. Campbell, SBN 180528
mcampbell@sidley.com
Michael Yaghi, SBN 202720
myaghi@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor Los
Angeles, CA  90067
Telephone:  (310) 595-2600
Facsimile:    (310) 595-2601

Ryan M. Sandrock, SBN 251781
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone:  (415) 722-1200
Facsimile:    (415)772-7400

Attorneys for Defendants
DIRECTV and DIRECTV, LLC

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br>            Plaintiff, | Case No.  15-cv-01129-HSG |
| v. | Hon. Haywood S. Gilliam, Jr. |
| **DIRECTV,**<br>            a corporation,<br>and | **STIPULATED MOTION AND ORDER TO EXTEND CASE DEADLINES** |
| **DIRECTV, LLC,**<br>            a limited liability company,<br><br>            Defendants. | |

1  Pursuant to the Court's guidance during the April 7, 2016 case management conference,

2  and for the reasons set out in the parties' prior Stipulated Motion to Extend Case Deadlines (Dkt.

3  129), Plaintiff Federal Trade Commission and Defendants DIRECTV and DIRECTV, LLC

4  jointly move the Court to extend the case schedule as follows:

| | |
|---|---|
| Fact Discovery Closes | July 22, 2016 |
| Opening Expert Reports | Sept. 2, 2016 |
| MSJ Filing | Sept. 22, 2016 |
| Rebuttal Expert Reports | Sept. 30, 2016 |
| MSJ Opposition | Oct. 6, 2016 |
| MSJ Reply | Oct. 13, 2016 |
| Reply Expert Reports | Oct. 21, 2016 |
| MSJ Hearing | Oct. 27, 2016 |
| Expert Discovery Closes | Nov. 10, 2016 |
| Settlement Conference | Nov. 18, 2016[1] |
| Pretrial Conference | Jan. 17, 2017 |
| Bench Trial Starts | Jan. 30, 2017 |

*SO STIPULATED:*

Dated:  April 11, 2016              */s/ Eric D. Edmondson*
                                   _____
                                   Eric D. Edmondson
                                   Counsel for Plaintiff Federal Trade Commission


Dated:  April 11, 2016              */s/ Chad S. Hummel*
                                   _____
                                   Chad S. Hummel
                                   Counsel for Defendants DIRECTV and
                                   DIRECTV, LLC

_____

[1] The parties respectfully request that the Court appoint a sitting United States Magistrate Judge in the Northern District to conduct the mediation on that date.

**ORDER**

*PURSUANT TO STIPULATION, IT IS SO ORDERED.*

Dated: April 12, 2016

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES in compliance with Civil Local Rule 5.1, I hereby attest that the signatory has concurred in this filing.

Dated:  April 12, 2016

SIDLEY AUSTIN LLP

By: /s/ *Chad S. Hummel*

Chad S. Hummel
Counsel for Defendants DIRECTV and
DIRECTV, LLC