UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>DIRECTV, INC., et al.,<br><br>        Defendants. | Case No. 15-cv-01129-HSG<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT PROCEEDINGS** |

Pursuant to Local Rule 72-1, this matter is referred to Chief Magistrate Judge Joseph Spero for settlement proceedings.

The parties will be advised of the date, time and place of the next appearance by notice from Judge Spero.

**IT IS SO ORDERED.**

Dated: 4/27/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge