UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DIRECTV, INC., et al.,<br><br>　　　　Defendants. | Case No. 15-cv-01129-HSG   (MEJ)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 148 |

On June 9, 2016, Defendants DIRECTV and DIRECTV, LLC (collectively, "DIRECTV") and Plaintiff Federal Trade Commission ("FTC") filed a joint discovery letter regarding the FTC's Request for Production ("RFP") No. 2, which seeks "[a]ll Advertisements disseminated to consumers relating to the Service." Dkt. No. 148 (Jt. Ltr.); *Id.*, Ex. A (FTC's RFPs)[1], Dkt. No. 148-1. The FTC notes it served its RFPs on June 26, 2015, and DIRECTV does not dispute the central relevance of its advertisements to this case. *Id.* at 2. Instead, the FTC states that prior to this letter brief, DIRECTV maintained the FTC would receive a production of DIRECTV's ads from various nonparties, but "now changes its position to promise to provide responsive documents by July 8, 2016 – over a year after the RFP was propounded, and only two weeks before the close of fact discovery." *Id.* In response, DIRECTV maintains that it and third-parties in this case "have produced tens of thousands of pages of advertisements," the FTC "has the relevant advertisements," and "[a]ll that is left is a small amount of clean-up, which DIRECTV has agreed to complete by July 8, 2016." *Id.* at 4. However, given the July 21, 2016 discovery cut-off (*see* Dkt. No. 32), the FTC argues that "any additional delay in DIRECTV's production

---

[1] "'Service' means any direct-to-home digital television service that [DIRECTV] have Advertised, marketed, promoted, sold, or otherwise offered to consumers in the United States." *Id.*, Ex. A ¶ 12.

would significantly prejudice the FTC.  DIRECTV's proposal to produce its ads on July 8—just two weeks before the close of discovery—will not permit the FTC to complete a meaningful review to determine if any categories remain missing." *Id.*

As DIRECTV does not appear to dispute the relevance of the FTC's request, the Court **ORDERS** DIRECTV to produce to the FTC complete copies of all responsive print, digital (Internet), and television advertisements, as detailed in the FTC's portion of the joint letter and that have not already been produced, by July 1, 2016.  If the FTC contends more time is needed to complete a meaningful review of the production, it may seek an extension of the discovery deadline from the presiding judge, preferably in the form of a stipulation and proposed order from both parties.

**IT IS SO ORDERED.**

Dated: June 10, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge