| | |
|---|---|
| Eric D. Edmondson, D.C. Bar No. 450294 | Chad S. Hummel, SBN 139055 |
| Erika Wodinsky, Cal. Bar No. 091700 | chummel@sidley.com |
| Jacob A. Snow, Cal. Bar No. 270988 | Clayton S. Friedman, SBN 245513 |
| Boris Yankilovich, Cal Bar No. 257887 | cfriedman@sidley.com |
| 901 Market Street, Suite 570, | Mark D. Campbell, SBN 180528 |
| San Francisco, CA  94103 | mcampbell@sidley.com |
| (415) 848-5100 / (415) 848-5184 (fax) | Michael Yaghi, SBN 202720 |
| eedmondson@ftc.gov; ewodinsky@ftc.gov; | myaghi@sidley.com |
| jsnow@ftc.gov; byankilovich@ftc.gov | SIDLEY AUSTIN LLP |
| | 1999 Avenue of the Stars, 17th Floor |
| Raymond E. McKown, Cal. Bar No. 150975 | Los Angeles, CA  90067 |
| Stacy Procter, Cal. Bar No. 221078 | Telephone:  (310) 595-2600 |
| Kenneth H. Abbe, Cal. Bar No. 172416 | Facsimile:   (310) 595-2601 |
| 10877 Wilshire Blvd., Suite 700 | |
| Los Angeles, CA 90024 | Ryan M. Sandrock, SBN 251781 |
| (310) 824-4343 / (310) 824-4380 (fax) | rsandrock@sidley.com |
| rmckown@ftc.gov; sprocter@ftc.gov; | SIDLEY AUSTIN LLP |
| kabbe@ftc.gov | 555 California Street, Suite 2000 |
| | San Francisco, CA 94104 |
| Attorneys for Plaintiff | Telephone:  (415) 722-1200 |
| Federal Trade Commission | Facsimile:   (415)772-7400 |
| | |
| | Attorneys for Defendants |
| | DIRECTV and DIRECTV, LLC |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br>    Plaintiff,<br><br>    v.<br><br>**DIRECTV,**<br>    a corporation,<br>and<br><br>**DIRECTV, LLC,**<br>    a limited liability company,<br><br>       Defendants. | Case No.  15-cv-01129-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES** |

Plaintiff Federal Trade Commission ("FTC") and Defendants DIRECTV and DIRECTV, LLC (collectively, "DIRECTV"), jointly move the Court to extend the discovery deadlines in this matter in order to allow the parties sufficient time to complete fact discovery. The parties' proposed revised schedule would not alter the current dates for summary judgment or trial.

**I.       The Parties' Proposed Schedule**

The parties jointly propose the following revisions to the current case schedule (Dkt. No. 138) in order to allow sufficient time to complete a number of outstanding depositions and to review recently produced and soon-to-be produced materials. This proposal continues the deadline for fact discovery by three weeks, extends expert discovery by two weeks, and moves the settlement conference to December 5, 2016, or as soon thereafter as practicable for Judge Spero. (*See* Dkt. No. 140.)

|  | **Current Schedule (Dkt. No. 138)** | **The Parties' Proposal** |
|---|---|---|
| Fact Discovery Closes | July 22, 2016 | Aug. 12, 2016 |
| Opening Expert Reports | Sept. 2, 2016 | Sept. 16, 2016 |
| MSJ Filing | Sept. 22, 2016 | No Change |
| Rebuttal Expert Reports | Sept. 30, 2016 | Oct. 13, 2016 |
| MSJ Opposition | Oct. 6, 2016 | No Change |
| MSJ Reply | Oct. 13, 2016 | No Change |
| Reply Expert Reports | Oct. 21, 2016 | Nov. 4, 2016 |
| MSJ Hearing Date | Oct. 27, 2016 | No Change |
| Expert Discovery Close | Nov. 10, 2016 | Nov. 23, 2016 |
| Settlement Conference | Nov. 18, 2016 | Dec. 5, 2016 |
| Pretrial Conference | Jan. 17, 2017 | No Change |
| Bench Trial Date | Jan. 30, 2017 | No Change |

STIPULATED MOTION AND ~~PROPOSED~~ ORDER TO EXTEND DISCOVERY DEADLINES
Case No.  15-cv-01129-HSG

2

**II.     Discovery Taken to Date.**

The parties have conducted considerable discovery to date:

- The FTC has produced over 133,000 pages of documents and DIRECTV has produced over 384,302 pages of documents, plus an additional 1,829 audio files.
- The FTC has sought documents from 22 third parties, including DIRECTV's telemarketers, dealers, advertising agencies, and market research vendors; those companies have made substantial productions, with some productions ongoing.
- The parties have taken 29 depositions, and have noticed an additional nine depositions of individuals and corporate designees.
- The parties have brought 16 letter briefs to Judge James (Dkt. Nos. 56, 66, 70, 82, 89, 106, 107, 113, 121, 127, 130, 142, 146, 148, 149 and 152.)

**III.    Reasons for the Proposed Extension.**

The parties are requesting this extension of discovery deadlines for three principal reasons. First, due to the unavailability of some witnesses, several depositions cannot be completed by July 22. Second, DIRECTV has produced a large volume of material over the past three weeks, including 1,829 recordings of sales calls. Third, several third parties have expressed an intention to produce additional documents to the FTC. The FTC needs a modest amount of additional time to complete its review of these recent and expected productions prior to the commencement of expert discovery, and both parties need time to complete noticed depositions.

***

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES** through their respective attorneys of record as follows:

WHEREAS, the parties require additional time to resolve discovery disputes and conclude the necessary discovery,

STIPULATED MOTION AND ~~PROPOSED~~ ORDER TO EXTEND DISCOVERY DEADLINES
Case No. 15-cv-01129-HSG

3

THEREFORE, the parties have stipulated and agreed, and do hereby respectfully request that the Court extend discovery deadlines and set the following deadlines:

| | |
|---|---|
| Fact Discovery Closes | Aug. 12, 2016 |
| Opening Expert Reports | Sept. 16, 2016 |
| MSJ Filing | Sept. 22, 2016 |
| MSJ Opposition | Oct. 6, 2016 |
| Rebuttal Expert Reports | Oct. 13, 2016 |
| MSJ Reply | Oct. 13, 2016 |
| MSJ Hearing Date | Oct. 27, 2016 |
| Reply Expert Reports | Nov. 4, 2016 |
| Expert Discovery Close | Nov. 23, 2016 |
| Settlement Conference | Dec. 5, 2016 |
| Pretrial Conference | Jan. 17, 2017 |
| Bench Trial Date | Jan. 30, 2017 |

**SO STIPULATED:**

Dated:  July 15, 2016          */s/ Eric D. Edmondson*
                               Eric D. Edmondson
                               Counsel for Plaintiff Federal Trade Commission


Dated:  July 15, 2016          */s/ Chad S. Hummel*
                               Chad S. Hummel
                               Counsel for Defendants DIRECTV and
                               DIRECTV, LLC

STIPULATED MOTION AND ~~PROPOSED~~ ORDER TO EXTEND DISCOVERY DEADLINES
Case No.  15-cv-01129-HSG

4

**Attestation pursuant to Local Rule 5.1(i)(3)**

Pursuant to Local Rule 5.1(i)(3) , I attest that concurrence in the filing of this document has been obtained from all Signatories to this document.

*/s/ Eric D. Edmondson*
Eric D. Edmondson
Counsel for Plaintiff Federal Trade Commission

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   7/19/2016

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

STIPULATED MOTION AND PROPOSED ORDER TO EXTEND DISCOVERY DEADLINES
Case No.  15-cv-01129-HSG

5