UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

DIRECTV, INC., et al.,

    Defendants.

Case No. 15-cv-01129-HSG   (MEJ)

**ORDER FOR PARTIES TO APPEAR FOR COURTROOM MEET AND CONFER SESSION**

The Court is in receipt of the parties' three recently filed joint discovery letters. Dkt. Nos. 152, 155, 158. Having reviewed the letters and the parties' disputes, the Court now **ORDERS** the parties to meet and confer in person on Monday, July 25, 2016 at 9:30 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall come prepared to meaningfully discuss and resolve their disputes. The Courtroom will be available to the parties for the entirety of the day.

If unable to resolve their disputes at the meet and confer session, the parties shall prepare a joint letter(s) at the session in compliance with paragraph 2 of the undersigned's Discovery Standing Order. Thus, the parties are **ORDERED** to bring any necessary equipment to draft the letter and present it to the Deputy Clerk for electronic filing.

If the parties resolve their disputes prior to July 25, 2016, they shall jointly request that the Court vacate the meet and confer session.

**IT IS SO ORDERED.**

Dated: July 20, 2016

MARIA-ELENA JAMES
United States Magistrate Judge