Chad S. Hummel, SBN 139055
chummel@sidley.com
Clayton S. Friedman, SBN 245513
cfriedman@sidley.com
Mark D. Campbell, SBN 180528
mcampbell@sidley.com
Michael Yaghi, SBN 202720
myaghi@sidley.com
**SIDLEY AUSTIN LLP**
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA  90067
Telephone:  (310) 595-2600
Facsimile:   (310) 595-2601

Ryan M. Sandrock, SBN 251781
rsandrock@sidley.com
**SIDLEY AUSTIN LLP**
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone:  (415) 722-1200
Facsimile:   (415)772-7400

Attorneys for Defendants
DIRECTV and DIRECTV, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 3:15-cv-01129 HSG |
| Plaintiff, | Assigned to the Hon. Haywood S. Gilliam, Jr. |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DECLARATION IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| DIRECTV, a corporation, and DIRECTV, LLC, a limited liability company, | |
| Defendants. | |

# [PROPOSED] ORDER

Having read and considered Defendant DIRECTV and DIRECTV, LLC's (collectively, "DIRECTV") Motion for Extension of Time to File Declaration in Support of Administrative Motion to File Under Seal, the Court rules as follows:

1. DIRECTV's Motion for Extension of time is granted;

2. DIRECTV's deadline to file a declaration on both its behalf and on behalf of Media & Entertainment Strategies in support of Plaintiff's Administrative Motion to File under Seal is extended to October 3, 2016

IT IS SO ORDERED.

Dated: _____September 26_, 2016

*[signature]*
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge