| | |
|---|---|
| Eric D. Edmondson, D.C. Bar No. 450294 | Chad S. Hummel, SBN 139055 |
| Erika Wodinsky, Cal. Bar No. 091700 | chummel@sidley.com |
| Jacob A. Snow, Cal. Bar No. 270988 | Mark D. Campbell, SBN 180528 |
| Boris Yankilovich, Cal Bar No. 257887 | mcampbell@sidley.com |
| 901 Market Street, Suite 570, | Bridget S. Johnsen, SBN 210778 |
| San Francisco, CA 94103 | bjohnsen@sidley.com |
| (415) 848-5100 / (415) 848-5184 (fax) | SIDLEY AUSTIN LLP |
| eedmondson@ftc.gov; ewodinsky@ftc.gov; | 1999 Avenue of the Stars, 17th Floor |
| jsnow@ftc.gov; byankilovich@ftc.gov | Los Angeles, CA 90067 |
| | Telephone: (310) 595-2600 |
| Raymond E. McKown, Cal. Bar No. 150975 | Facsimile: (310) 595-2601 |
| Stacy Procter, Cal. Bar No. 221078 | |
| Kenneth H. Abbe, Cal. Bar No. 172416 | Ryan M. Sandrock, SBN 251781 |
| 10877 Wilshire Blvd., Suite 700 | rsandrock@sidley.com |
| Los Angeles, CA 90024 | SIDLEY AUSTIN LLP |
| (310) 824-4343 / (310) 824-4380 (fax) | 555 California Street, Suite 2000 |
| rmckown@ftc.gov; sprocter@ftc.gov; | San Francisco, CA 94104 |
| kabbe@ftc.gov | Telephone: (415) 722-1200 |
| | Facsimile: (415)772-7400 |
| Attorneys for Plaintiff | |
| Federal Trade Commission | Attorneys for Defendants |
| | DIRECTV and DIRECTV, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 3:15-cv-01129 HSG |
| Plaintiff, | Assigned to the Hon. Haywood S. Gilliam, Jr. |
| v. | **JOINT STIPULATION TO EXTEND TIME FOR REBUTTAL AND REPLY EXPERT REPORTS AND EXPERT DISCOVERY** |
| DIRECTV, a corporation, | |
| and | |
| DIRECTV, LLC, a limited liability company, | |
| Defendants. | |

Plaintiff Federal Trade Commission ("FTC") and Defendants DIRECTV and DIRECTV, LLC (DIRECTV) jointly stipulate, pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, to extend the time for expert rebuttal and reply reports and for the close of expert discovery.

On September 16, 2016, both sides served their opening expert reports; the FTC served five expert reports and DIRECTV served three expert reports. As currently scheduled, the deadline for (i) expert rebuttal reports is October 13, 2016; (ii) expert reply reports is November 4, 2016; and (iii) the close of expert discovery is November 23, 2016 (Dkt. 159).

There are a number of experts and the expert reports are voluminous, and, therefore, the number of depositions that need to be taken is high. Both sides therefore would benefit from more time to prepare rebuttal and reply reports and more flexibility in scheduling the depositions of these experts. In addition, experts and counsel are also confronting scheduling difficulties in the month of October due to the upcoming Jewish High Holidays of Rosh Hashanah, beginning on the evening of October 2 and continuing to the evening of October 4, and Yom Kippur, beginning on the evening of October 11 and continuing to the evening of October 12.

The parties have conferred with each other and their experts about scheduling and have arrived at an agreement satisfactory to all. The proposed modification to the schedule would have no effect on any other deadlines in this case.

There have been the following modifications to the schedule in this case: (a) Dkt. No. 23, April 17, 2015 (granting stipulated request for an extension of time for the FTC to file motion to strike Defendants' affirmative defenses); (b) Dkt. No. 64, October 21, 2015 (granting motion for extension of time for the FTC to respond to DIRECTV's motion for partial summary judgment); (c) Dkt. No. 87, December 9, 2015 (granting joint stipulation to extend DIRECTV's time to file its reply brief in support of its motion for partial summary judgment, and continuing hearing date on motion for partial summary judgment); (d) Dkt. No. 99, February 4, 2016 (granting stipulation continuing hearing date on motion for partial summary judgment); (e) Dkt. No. 105 (granting stipulation continuing Case Management Conference); (f) Dkt. No. 138, April 12, 2016 (granting stipulation to extend case deadlines, including fact and expert discovery, summary judgment briefing deadlines and hearing date, and trial date); (g) Dkt. No. 159, July 19, 2016 (granting stipulation to extend case

deadlines, including fact and expert discovery); and (h) Dkt. 181, September 26, 2016 (granting motion to extend time to file declaration in support of motion to file under seal).

NOW THEREFORE, the parties, through the undersigned counsel, hereby stipulate to and respectfully request the court enter the following schedule:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Rebuttal Reports | October 13, 2016 | October 21, 2016 |
| Reply Reports | November 4, 2016 | November 14, 2016 |
| Expert Discovery Close | November 23, 2016 | December 2, 2016 |

Dated: September 27, 2016          SIDLEY AUSTIN

By:   /s/ Chad S. Hummel
      Chad S. Hummel
      Attorneys for Defendants
      DIRECTV and DIRECTV, LLC

FEDERAL TRADE COMMISSION

By:   /s/ Eric D. Edmondson
      Eric D. Edmondson
      Attorneys for Plaintiff
      Federal Trade Commission

Pursuant to Civil Local Rule 5-1(i), the filer attests that concurrence in the filing of this document has been obtained from the signatories above.

By:   /s/ Chad S. Hummel

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 28, 2016          _____
                                   HON. HAYWOOD S. GILLIAM, JR.