| | |
|---|---|
| Eric D. Edmondson, D.C. Bar No. 450294 | Chad S. Hummel, SBN 139055 |
| Erika Wodinsky, Cal. Bar No. 091700 | chummel@sidley.com |
| Jacob A. Snow, Cal. Bar No. 270988 | Mark D. Campbell, SBN 180528 |
| Boris Yankilovich, Cal Bar No. 257887 | mcampbell@sidley.com |
| 901 Market Street, Suite 570, | Bridget S. Johnsen, SBN 210778 |
| San Francisco, CA  94103 | bjohnsen@sidley.com |
| (415) 848-5100 / (415) 848-5184 (fax) | SIDLEY AUSTIN LLP |
| eedmondson@ftc.gov; ewodinsky@ftc.gov; | 1999 Avenue of the Stars, 17th Floor |
| jsnow@ftc.gov; byankilovich@ftc.gov | Los Angeles, CA  90067 |
| | Telephone:  (310) 595-2600 |
| Raymond E. McKown, Cal. Bar No. 150975 | Facsimile:    (310) 595-2601 |
| Stacy Procter, Cal. Bar No. 221078 | |
| Kenneth H. Abbe, Cal. Bar No. 172416 | Ryan M. Sandrock, SBN 251781 |
| 10877 Wilshire Blvd., Suite 700 | rsandrock@sidley.com |
| Los Angeles, CA 90024 | SIDLEY AUSTIN LLP |
| (310) 824-4343 / (310) 824-4380 (fax) | 555 California Street, Suite 2000 |
| rmckown@ftc.gov; sprocter@ftc.gov; | San Francisco, CA 94104 |
| kabbe@ftc.gov | Telephone:  (415) 722-1200 |
| | Facsimile:    (415)772-7400 |
| Attorneys for Plaintiff | |
| Federal Trade Commission | Attorneys for Defendants |
| | DIRECTV and DIRECTV, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 3:15-cv-01129 HSG |
| Plaintiff, | Assigned to the Hon. Haywood S. Gilliam, Jr. |
| v. | **JOINT STIPULATION TO EXTEND TIME FOR REBUTTAL REPORT** |
| DIRECTV, a corporation, | |
| and | |
| DIRECTV, LLC, a limited liability company, | |
| Defendants. | |

1  Plaintiff Federal Trade Commission ("FTC") and Defendants DIRECTV and DIRECTV,
2  LLC (DIRECTV) jointly stipulate, pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, to extend the
3  time for DIRECTV to serve its rebuttal report to the expert report of Tulin Erdem.

4  Due to scheduling issues, DIRECTV is taking the deposition of Ms. Erdem on November 4,
5  2016, which is after the currently-scheduled October 21 deadline for DIRECTV to serve its rebuttal
6  report. The parties have conferred with each other and Ms. Erdem about scheduling and have
7  arrived at an agreement satisfactory to all, which includes extending DIRECTV's time to serve a
8  rebuttal report to November 7 and the FTC's time to serve a reply report to November 28. The
9  proposed modification to the schedule would have no effect on any other deadlines in this case (i.e.,
10 all other rebuttal report deadlines remain the same, all other reply report deadlines remain the same,
11 and the expert discovery cut-off date remains the same).

12 There have been the following modifications to the schedule in this case: (a) Dkt. No. 23,
13 April 17, 2015 (granting stipulated request for an extension of time for the FTC to file motion to
14 strike Defendants' affirmative defenses); (b) Dkt. No. 64, October 21, 2015 (granting motion for
15 extension of time for the FTC to respond to DIRECTV's motion for partial summary judgment); (c)
16 Dkt. No. 87, December 9, 2015 (granting joint stipulation to extend DIRECTV's time to file its reply
17 brief in support of its motion for partial summary judgment, and continuing hearing date on motion
18 for partial summary judgment); (d) Dkt. No. 99, February 4, 2016 (granting stipulation continuing
19 hearing date on motion for partial summary judgment); (e) Dkt. No. 105 (granting stipulation
20 continuing Case Management Conference); (f) Dkt. No. 138, April 12, 2016 (granting stipulation to
21 extend case deadlines, including fact and expert discovery, summary judgment briefing deadlines
22 and hearing date, and trial date); (g) Dkt. No. 159, July 19, 2016 (granting stipulation to extend case
23 deadlines, including fact and expert discovery); (h) Dkt. 181, September 26, 2016 (granting motion
24 to extend time to file declaration in support of motion to file under seal); and (i) September 28, 2016
25 (granting stipulation to extend time for rebuttal and reply expert reports and expert discovery).
26 //
27 //
28 //

1

JOINT STIPULATION TO EXTEND TIME FOR REBUTTAL REPORT
3:15-CV-01129

NOW THEREFORE, the parties, through the undersigned counsel, hereby stipulate to and respectfully request the court enter the following schedule:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Rebuttal Report to Erdem Report | October 21, 2016 | November 7 |
| Reply Report | November 14, 2016 | November 28, 2016 |
| Expert Discovery Close | December 2, 2016 | December 2, 2016 |

Dated: October 20, 2016                    SIDLEY AUSTIN LLP

                                             By:   /s/ Chad S. Hummel
                                                   Chad S. Hummel
                                                   Attorneys for Defendants
                                                   DIRECTV and DIRECTV, LLC

                                       FEDERAL TRADE COMMISSION

                                             By:   /s/ Eric D. Edmondson
                                                Eric D. Edmondson
                                                Attorneys for Plaintiff
                                                Federal Trade Commission

Pursuant to Civil Local Rule 5-1(i), the filer attests that concurrence in the filing of this document has been obtained from the signatories above.

                                               By:   /s/ Chad S. Hummel

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 24, 2016                    HON. HAYWOOD S. GILLIAM, JR.