UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRECTV, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-01129-HSG<br><br>**ORDER TO FILE JOINTLY PREPARED CHART REGARDING ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL**<br><br>Re: Dkt. Nos. 177, 184, 187-88, 190-91, 193-95, 197, 199 |

The Federal Trade Commission ("FTC") and DIRECTV have fully briefed the FTC's motion for partial summary judgment, which is currently pending before the Court. *See* Dkt. No. 176 (original motion); Dkt. No. 183 (corrected motion); Dkt. No. 189 (opposition to motion); Dkt. No. 196 (reply). The parties have filed administrative motions (including a supplemental administrative motion) seeking sealing of these briefs and attached exhibits, as well as corrections and oppositions to the administrative motions. *See* Dkt. Nos. 177, 184, 187-88, 190-91, 193-95, 197 & 199. This slew of filings has resulted in a muddy record of exactly what each party is seeking to seal, what sealing each party opposes, and the bases for each party's positions.

The Court hereby **ORDERS** the parties to file, no later than Tuesday, November 22, 2016, at 5:00pm, a jointly prepared chart that succinctly summarizes the documents sought to be sealed and the positions of the parties as to each. Specifically, each row of the chart should list the following information: (1) document sought to be sealed (e.g., "Opposition"); (2) docket number of *redacted* version of the document; (3) docket number of *unredacted* version of document; (4) pin citation of portion of document that is sought to be sealed (e.g., "7:15-8:5"); (5) party seeking sealing (e.g., "DIRECTV"); (6) asserted grounds for sealing (e.g., "Divulges DIRECTV's trade secrets."); (7) party opposing sealing (e.g., "FTC"); and, (8) asserted grounds for opposition (e.g.,

1  "DIRECTV previously disclosed this information to the public."). Each of the numbered
2  categories above should be a separate column of the chart. If the parties seek to seal multiple
3  portions of the same document, each portion should be listed as a separate row in the chart. And
4  as illustrated by the examples above, the asserted grounds for sealing or opposition should be
5  expressed in a concise sentence.

**IT IS SO ORDERED.**

Dated:

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge