Jeffrey M. Tillotson, SBN 139372
jtillotson@tillotsonlaw.com
TILLOTSON LAW
750 N. St. Paul Street, Suite 610
Dallas, TX 75201
Telephone: (214) 382-3040

Chad S. Hummel, SBN 139055
chummel@sidley.com
Mark D. Campbell, SBN 180528
mcampbell@sidley.com
Bridget S. Johnsen, SBN 210778
bjohnsen@sidley.com
Ryan M. Sandrock, SBN 251781
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone:  (415) 722-1200
Facsimile:   (415)772-7400

Attorneys for Defendants
DIRECTV and DIRECTV, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> DIRECTV, a corporation, <br><br> and <br><br> DIRECTV, LLC, a limited liability company, <br><br> Defendants. | Case No. 3:15-cv-01129 HSG <br><br> Assigned to the Hon. Haywood S. Gilliam, Jr. <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DECLARATION IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

**[PROPOSED] ORDER**

Having read and considered Defendant DIRECTV and DIRECTV, LLC's (collectively, "DIRECTV") Motion for Extension of Time to File Declaration in Support of Administrative Motion to File Under Seal, the Court rules as follows:

1. DIRECTV's Motion for Extension of time is granted;
2. DIRECTV's deadline to file a declaration in support of Plaintiff's Administrative Motion to File under Seal is extended to November 23, 2016

IT IS SO ORDERED.

Dated: November 21, 2016

HON.     MARIA-ELENA JAMES
United States     Magistrate Judge