| | |
|---|---|
| Eric D. Edmondson, D.C. Bar No. 450294 | Chad S. Hummel, SBN 139055 |
| Erika Wodinsky, Cal. Bar No. 091700 | chummel@sidley.com |
| Jacob A. Snow, Cal. Bar No. 270988 | Mark D. Campbell, SBN 180528 |
| Boris Yankilovich, Cal Bar No. 257887 | mcampbell@sidley.com |
| 901 Market Street, Suite 570, | Bridget S. Johnsen, SBN 210778 |
| San Francisco, CA  94103 | bjohnsen@sidley.com |
| (415) 848-5100 / (415) 848-5184 (fax) | SIDLEY AUSTIN LLP |
| eedmondson@ftc.gov; ewodinsky@ftc.gov; | 1999 Avenue of the Stars, 17th Floor |
| jsnow@ftc.gov; byankilovich@ftc.gov | Los Angeles, CA  90067 |
| | Telephone:  (310) 595-2600 |
| Raymond E. McKown, Cal. Bar No. 150975 | Facsimile:    (310) 595-2601 |
| Stacy Procter, Cal. Bar No. 221078 | |
| Kenneth H. Abbe, Cal. Bar No. 172416 | Ryan M. Sandrock, SBN 251781 |
| 10877 Wilshire Blvd., Suite 700 | rsandrock@sidley.com |
| Los Angeles, CA 90024 | SIDLEY AUSTIN LLP |
| (310) 824-4343 / (310) 824-4380 (fax) | 555 California Street, Suite 2000 |
| rmckown@ftc.gov; sprocter@ftc.gov; | San Francisco, CA 94104 |
| kabbe@ftc.gov | Telephone:  (415) 722-1200 |
| | Facsimile:    (415)772-7400 |
| Attorneys for Plaintiff | |
| Federal Trade Commission | Attorneys for Defendants |
| | DIRECTV and DIRECTV, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 3:15-cv-01129 HSG |
| Plaintiff, | Assigned to the Hon. Haywood S. Gilliam, Jr. |
| v. | **JOINT STIPULATION TO EXTEND TIME FOR EXPERT DISCOVERY** |
| DIRECTV, a corporation, | |
| and | |
| DIRECTV, LLC, a limited liability company, | |
| Defendants. | |

Plaintiff Federal Trade Commission ("FTC") and Defendants DIRECTV and DIRECTV, LLC (DIRECTV) jointly stipulate, pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, to extend the time for the parties to complete expert discovery.

Due to scheduling issues, the parties are unable to complete all expert witness depositions by the December 2, 2016 deadline for expert discovery. The parties have conferred with each other about the scheduling of the remaining expert witness depositions and have arrived at an agreement satisfactory to all which includes extending the close of expert discovery to December 23, 2016. The proposed modification to the schedule would have no effect on any other deadlines in this case.

There have been the following modifications to the schedule in this case: (a) Dkt. No. 23, April 17, 2015 (granting stipulated request for an extension of time for the FTC to file motion to strike Defendants' affirmative defenses); (b) Dkt. No. 64, October 21, 2015 (granting motion for extension of time for the FTC to respond to DIRECTV's motion for partial summary judgment); (c) Dkt. No. 87, December 9, 2015 (granting joint stipulation to extend DIRECTV's time to file its reply brief in support of its motion for partial summary judgment, and continuing hearing date on motion for partial summary judgment); (d) Dkt. No. 99, February 4, 2016 (granting stipulation continuing hearing date on motion for partial summary judgment); (e) Dkt. No. 105 (granting stipulation continuing Case Management Conference); (f) Dkt. No. 138, April 12, 2016 (granting stipulation to extend case deadlines, including fact and expert discovery, summary judgment briefing deadlines and hearing date, and trial date); (g) Dkt. No. 159, July 19, 2016 (granting stipulation to extend case deadlines, including fact and expert discovery); (h) Dkt. 181, September 26, 2016 (granting motion to extend time to file declaration in support of motion to file under seal); (i) Dkt. No. 185, September 28, 2016 (granting stipulation to extend time for rebuttal and reply expert reports and expert discovery); (j) Dkt. No. 200, October 24, 2016 (granting motion to extend time for DIRECTV to serve its rebuttal report to the expert report of Tulin Erdem); and (k) Dkt. No. 210, November 22, 2016 (granting motion to extend time to file declaration in support of motion to file under seal).

//

//

//

1  //

2  //

3  NOW THEREFORE, the parties, through the undersigned counsel, hereby stipulate to and respectfully request the court enter the following schedule:

| Event | Current Date | Proposed Date |
|---|---|---|
| Expert Discovery Close | December 2, 2016 | December 23, 2016 |

Dated: November 30, 2016

SIDLEY AUSTIN

By:  /s/ Chad S. Hummel
     Chad S. Hummel
     Attorneys for Defendants
     DIRECTV and DIRECTV, LLC

FEDERAL TRADE COMMISSION

By:  /s/ Eric D. Edmondson
     Eric D. Edmondson
     Attorneys for Plaintiff
     Federal Trade Commission

Pursuant to Civil Local Rule 5-1(i), the filer attests that concurrence in the filing of this document has been obtained from the signatories above.

By:  /s/ Chad S. Hummel

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 1, 2016

HON. HAYWOOD S. GILLIAM, JR.