Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Federal Trade Commission

    Plaintiff(s),

    v.

DIRECTV and DIRECTV, LLC

    Defendant(s).

Case No: 3:15-cv-01129

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Peter D. Marketos, an active member in good standing of the bar of Northern District of TX, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: DIRECTV and DIRECTV, LLC in the above-entitled action. My local co-counsel in this case is Ryan Sandrock, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Reese Gordon Marketos LLP<br>750 N. St. Paul St. Ste. 610 Dallas, TX 75201 | Sidley Austin LLP<br>555 California St., San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD:<br>214-382-9810 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>415-772-1219 |
| MY EMAIL ADDRESS OF RECORD:<br>pete.marketos@rgmfirm.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>rsandrock@sidley.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24013101.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/14/16

                                        Peter D. Marketos
                                        APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Peter D. Marketos is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/15/2016

                                    *Haywood S. Gill Jr.*
                           UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

**Peter D. Marketos**

Bar Number:                                Date of Admission:

**24013101**                               **February 15, 2000**

Witness my official signature and the seal of this court.

Dated: December 13, 2016                   Karen Mitchell,
                                           Clerk of Court

                                           By: Alice Cobb
                                                Deputy Clerk