Eric D. Edmondson, D.C. Bar NO. 450294
Erika Wodinsky, Cal. Bar NO. 091700
Boris Yankilovich, Cal. Bar NO. 257887
Jacob A. Snow, Cal. Bar NO. 270988
901 Market Street, Suite 570
San Francisco, CA 94103
(415) 848-5100/(415) 848-5184 (fax)
*eedmondson@ftc.gov; ewodinsky@ftc.gov;*
*byankilovich@ftc.gov; jsnow@ftc.gov*

Raymond E. McKown, Cal. Bar NO. 150975
Stacy Procter, Cal. Bar NO. 221078
Kenneth H. Abbe, Cal. Bar NO. 172416
10877 Wilshire Blvd., Suite 700
Los Angeles, CA 90024
(310) 824-4343/(310) 824-4380 (fax)
*rmckown@ftc.gov; sprocter@ftc.gov;*
*kabbe@ftc.gov*

Attorneys for Plaintiff
Federal Trade Commission

Jeff Tillotson, SBN 139372
jtillotson@TillotsonLaw.com
Tillotson Law
750 North Saint Paul, Suite 610
Dallas, TX 75201
Telephone: (214) 382-3040

Pete Marketos, *Pro Hac Vice*
pete.marketos@rgmfirm.com
Reese Gordon Marketos LLP
750 North Saint Paul
Suite 610
Dallas, TX 75201
Telephone: (214) 382-9810

Chad S. Hummel, SBN 139055
chummel@sidley.com
Mark D. Campbell, SBN 180528
mcampbell@sidley.com
Bridget S. Johnsen, SBN 210778
bjohnsen@sidley.com
Ryan M. Sandrock, SBN 251781
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 722-1200
Facsimile: (415) 772-7400

Attorneys for Defendants
DIRECTV and DIRECTV, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> DIRECTV, a corporation, and <br><br> DIRECTV, LLC, a limited liability company, <br><br> Defendants. | Case No. 15-CV-01129-HSG <br><br> Assigned to the Hon. Haywood S. Gilliam, Jr. Referral to Hon. Maria-Elena James <br><br> **STIPULATION AND ORDER PERMITTING THE PARTIES TO BRING ADDITIONAL TECHNOLOGY INTO THE COURTHOUSE** |

STIPULATION AND [PROPOSED] ORDER PERMITTING THE PARTIES TO BRING ADDITIONAL
TECHNOLOGY INTO THE COURTHOUSE
CASE NO. 15-CV-01129-HSG

1. Pursuant to Civil Local Rule 7-12 and the Court's Civil Pretrial and Trial Standing Order for Cases Before District Judge Haywood S. Gilliam, Jr., ¶ 29, the Federal Trade Commission, DIRECTV, and DIRECTV, LLC (collectively, "the parties") hereby stipulate and jointly request an order permitting the parties to bring into the Courthouse for use during trial the following equipment:

   (1) Two laptops per side (for trial exhibits and transcript feed);
   (2) Two tables for trial-technology personnel;
   (3) Two monitors for trial-technology personnel;
   (4) One Elmo digital camera;
   (5) Two printers for work rooms;
   (6) Assorted cabling.

The parties jointly request access to the courtroom for the purpose of setting up and testing trial technology on Friday, February 3, 2017 at 9:00 a.m.

SO STIPULATED:

Dated: January 30, 2017          /s/ Eric D. Edmondson
                                 Eric D. Edmondson
                                 Counsel for Plaintiff Federal Trade Commission


Dated: January 30, 2017          /s/ Chad S. Hummel
                                 Chad S. Hummel
                                 Counsel for Defendants DIRECTV and
                                 DIRECTV, LLC


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: 1/31/2017                 _____
                                 HON. HAYWOOD S. GILLIAM, JR.
                                 United States District Judge

STIPULATION AND [PROPOSED] ORDER PERMITTING THE PARTIES TO BRING ADDITIONAL TECHNOLOGY INTO THE COURTHOUSE
CASE NO. 15-CV-01129-HSG                                                                    1

**Error! Unknown document property name.**