1

Eric D. Edmondson, D.C. Bar No. 450294
Erika Wodinsky, SBN 091700
Boris Yankilovich, SBN 257887
Jacob A. Snow, SBN 270988
901 Market Street, Suite 570, San Francisco,
CA 94103
(415) 848-5100/(415) 848-5184 (fax)
*eedmondson@ftc.gov*; *ewodinsky@ftc.gov*;
*byankilovich@ftc.gov*; *jsnow@ftc.gov*

Raymond E. McKown, SBN150975
Stacy Procter, SBN 221078
Kenneth H. Abbe, SBN 172416
10877 Wilshire Blvd., Suite 700, Los
Angeles, CA 90024
(310) 824-4343/(310) 824-4380 (fax)
*rmckown@ftc.gov*; *sprocter@ftc.gov;
kabbe@ftc.gov*

Attorneys for Plaintiff
Federal Trade Commission

Jeff Tillotson, SBN 139372
jtillotson@TillotsonLaw.com
Tillotson Law
750 North Saint Paul, Suite 610
Dallas, TX 75201
Telephone: (214) 382-3040

Pete Marketos, *Pro Hac Vice*
pete.marketos@rgmfirm.com
Reese Gordon Marketos LLP
750 North Saint Paul, Suite 610
Dallas, TX 75201
Telephone: (214) 382-9810

Chad S. Hummel, SBN 139055
chummel@sidley.com
Mark D. Campbell, SBN 180528
mcampbell@sidley.com
Bridget S. Johnsen, SBN 210778
bjohnsen@sidley.com
Ryan M. Sandrock, SBN 251781
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 722-1200
Facsimile: (415) 772-7400

Attorneys for Defendants
DIRECTV and DIRECTV, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, a corporation, and<br><br>DIRECTV, LLC, a limited liability company,<br><br>Defendants. | Case No. 15-cv-01129-HSG<br>Assigned to the Hon. Haywood S. Gilliam, Jr.<br>Referral to Hon. Maria-Elena James<br><br>**JOINT SUPPLEMENTAL STATEMENT AND [PROPOSED] ORDER REGARDING USE OF CONFIDENTIAL DOCUMENTS AT TRIAL** |

Plaintiff Federal Trade Commission ("FTC") and Defendants DIRECTV and DIRECTV, LLC (collectively, "DIRECTV") submit the following supplemental joint statement and proposed stipulation regarding the use of confidential documents at trial.

Section VII of the parties' Joint Pre-Trial Statement (Dkt. 275) stated:

> DIRECTV will identify proposed exhibits that it will request to be filed under seal if admitted at trial.  DIRECTV will i[]dentify such documents in a manner consistent with the categories of documents the Court has sealed in past orders.  Prior to the commencement of trial, the parties shall jointly identify the documents they agree may be filed under seal, provide to the Court in a joint submission any arguments concerning any dispute about documents requested to be filed under seal, and file all necessary administrative motions and other documents required by the Court when necessary.  In connection with any testimony concerning an admitted exhibit that the Court has ordered to be filed under seal, the parties shall promptly after such testimony request such testimony to be filed under seal and jointly submit any dispute regarding such a request.  The parties do not presently anticipate that there will be any evidence presented at trial that would require the Courtroom to be cleared during its presentation.

In accordance with this filing, on January 19, 2017, DIRECTV identified 110 exhibits (of the 1,827 total exhibits) that it would seek to keep under seal.  On January 24, 2017, the FTC provided its position with regard to these 110 exhibits: the FTC stated that it did not have an objection to the sealing of 23 of the 110 exhibits but did have objections to the remaining 87 exhibits.  On February 1, 2017, DIRECTV informed the FTC that it would not seek sealing regarding 20 of the original 110 exhibits.

The current status therefore is as follows:

| Category | Number of Exhibits |
|---|---|
| Exhibits As to Which DIRECTV Seeks Sealing And the FTC Does Not Object | 23 |
| Exhibits As to Which DIRECTV Seeks Sealing And the FTC Does Object | 67 |
| Exhibits As to Which There Are No Sealing Issues At This Time | 1737 |

DIRECTV anticipates that the number of documents as to which it seeks sealing will be reduced further as trial approaches.  The parties also anticipate that it is likely that some of the documents at issue will not be introduced at trial.

The parties therefore respectfully propose the following procedure, which varies from what was proposed in the Pretrial Statement:

1. The parties will continue through the start of trial on February 6, 2017 to attempt to narrow the number of documents as to which there is a dispute.

2. As part of their identification of exhibits to be used the next day at trial (pursuant to Section 29 of Your Honor's Civil Pretrial and Trial Standing Order), the parties shall identify any exhibits as to which there is a sealing request—this will include not only the documents identified above but also any documents containing personally identifiable information.

3. The party seeking sealing shall file an administrative motion to seal prior to midnight the day before the exhibits are to be introduced.  The motion shall not exceed three pages, unless a party indicates an intent to use a large volume of potentially sealable documents.

4. Should a party need to use exhibits not exchanged in advance, the party seeking sealing shall file an administrative motion to seal within two court days after the exhibit's use.

Date:  February 2, 2017

/s/ Eric D. Edmondson

Eric D. Edmondson, D.C. Bar No. 450294
Erika Wodinsky, Cal. Bar No. 091700
Boris Yankilovich, Cal. Bar No. 257887
Jacob A. Snow, Cal. Bar No. 270988
901 Market Street, Suite 570, San Francisco, CA  94103
(415) 848-5100/(415) 848-5184 (fax)
*eedmondson@ftc.gov*; *ewodinsky@ftc.gov*;
*byankilovich@ftc.gov*; *jsnow@ftc.gov*

Raymond E. McKown, Cal. Bar No. 150975
Stacy Procter, Cal. Bar No. 221078
Kenneth H. Abbe, Cal. Bar No. 172416
10877 Wilshire Blvd., Suite 700, Los Angeles, CA 90024
(310) 824-4343/(310) 824-4380 (fax)

/s/ Chad S. Hummel

Jeff Tillotson, SBN 139372
jtillotson@TillotsonLaw.com
Tillotson Law
750 North Saint Paul, Suite 610
Dallas, TX  75201
Telephone:  (214) 382-3040

Pete Marketos, *Pro Hac Vice*
pete.marketos@rgmfirm.com
Reese Gordon Marketos LLP
750 North Saint Paul
Suite 610
Dallas, TX  75201
Telephone: (214) 382-9810

Chad S. Hummel, SBN 139055

1    *rmckown@ftc.gov*; *sprocter@ftc.gov;*          chummel@sidley.com
     *kabbe@ftc.gov*                                 Mark D. Campbell, SBN 180528
2                                                    mcampbell@sidley.com
     Attorneys for Plaintiff                         Bridget S. Johnsen, SBN 210778
3    Federal Trade Commission                        bjohnsen@sidley.com
                                                     Ryan M. Sandrock, SBN 251781
4                                                    rsandrock@sidley.com
                                                     SIDLEY AUSTIN LLP
5                                                    555 California Street, Suite 2000
                                                     San Francisco, CA 94104
6                                                    Telephone:  (415) 722-1200
                                                     Facsimile:  (415) 772-7400
7
                                                     Attorneys for Defendants
8                                                    DIRECTV and DIRECTV, LLC

9

10                           **SIGNATURE ATTESTATION**

11          I am the ECF User whose identification and password are being used to file the foregoing

12   **JOINT SUPPLEMENTAL STATEMENT AND [PROPOSED] ORDER REGARDING**

13   **USE OF CONFIDENTIAL DOCUMENTS AT TRIAL**.  In compliance with Civil Local Rule

14   5-1(i)(3), I hereby attest that the signatory has concurred in this filing.

15   Dated:  February 2, 2017                        SIDLEY AUSTIN LLP

16

17

18                                          By:  */s/ Chad S. Hummel*
19                                               Chad S. Hummel

20

21

22

23

24

25

26

27

28

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge