Eric D. Edmondson, D.C. Bar No. 450294
Erika Wodinsky, Cal. Bar No. 091700
Jacob A. Snow, Cal. Bar No. 270988
Boris Yankilovich, Cal Bar No. 257887
901 Market Street, Suite 570,
San Francisco, CA  94103
(415) 848-5100 / (415) 848-5184 (fax)
eedmondson@ftc.gov; ewodinsky@ftc.gov;
jsnow@ftc.gov; byankilovich@ftc.gov

Raymond E. McKown, Cal. Bar No. 150975
Stacy Procter, Cal. Bar No. 221078
Kenneth H. Abbe, Cal. Bar No. 172416
10877 Wilshire Blvd., Suite 700
Los Angeles, CA 90024
(310) 824-4343 / (310) 824-4380 (fax)
rmckown@ftc.gov; sprocter@ftc.gov;
kabbe@ftc.gov

Attorneys for Plaintiff
Federal Trade Commission

Chad S. Hummel, SBN 139055
chummel@sidley.com
Mark D. Campbell, SBN 180528
mcampbell@sidley.com
Bridget S. Johnsen, SBN 210778
bjohnsen@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA  90067
Telephone:  (310) 595-2600
Facsimile:    (310) 595-2601

Ryan M. Sandrock, SBN 251781
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone:  (415) 722-1200
Facsimile:    (415)772-7400

Attorneys for Defendants
DIRECTV and DIRECTV, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>DIRECTV, a corporation,<br><br>and<br><br>DIRECTV, LLC, a limited liability company,<br><br>  Defendants. | Case No. 3:15-cv-01129-HSG<br><br>Assigned to the Hon. Haywood S. Gilliam, Jr.<br><br>**STIPULATED MOTION FOR ADMINISTRATIVE RELIEF SEEKING LEAVE TO FILE STATEMENTS REGARDING CERTAIN EVIDENTIARY DISPUTES**<br><br>**[Local Rules 7-11 and 7-12]** |

STIPULATED MOTION FOR ADMINISTRATIVE RELIEF
3:15-CV-01129-HSG

Plaintiff Federal Trade Commission ("FTC") and Defendants DIRECTV and DIRECTV, LLC ("DIRECTV") (collectively, the "parties") jointly stipulate and request, pursuant to N.D. Cal. Local Rules 7-11 and 7-12, leave to file statements in advance of trial regarding certain outstanding evidentiary disputes.

In advance of trial, the parties have been meeting and conferring regularly regarding outstanding evidentiary disputes, including the admissibility of the following categories of exhibits: (1) Summary Exhibits under Federal Rule of Evidence 1006; (2) Print advertisements; (3) Webflows from directv.com; (4) TV advertisements; (5) Pricing guides associated with DIRECTV service; (6) Documents associated with the telephone-sales call process; (7) Sales- and retention-call recordings; and (8) DIRECTV's SEC Filings.  The parties have also met and conferred about foundation objections to documents.  These meetings have been productive, and the parties anticipate filing a stipulation requesting pre-admission of numerous exhibits on Tuesday, February 28, 2017, which additionally would resolve some foundation objections.  Nonetheless, there remain some evidentiary disputes that will likely require resolution by the Court.

The parties are each requesting permission to file a five-page statement on Tuesday, February 28, 2017, setting forth their respective positions regarding preadmission of certain categories of exhibits falling into categories that remain in dispute and DIRECTV's foundation objections to certain sponsors and exhibits.  The parties believe that briefing these issues in advance of the trial (although outside of the Court's standard process) is beneficial for three reasons.  First, it will provide the Court with additional time to review each parties' submission (compared with a midnight filing set for a hearing the following morning).  Second, it will reduce the issues to be resolved on the first day of trial.  Third, it will allow the Court to consider limited categories of issues involving multiple exhibits.  Finally, the Court could more efficiently resolve a category of disputes that might otherwise arise repeatedly across multiple days of trial.

\\
\\
\\
\\

NOW THEREFORE, the parties, through the undersigned counsel, hereby respectfully request the Court's permission to file separate five-page statements on Tuesday, February 28, 2017, regarding seeking or opposing preadmission of exhibits falling into the broad categories, described above.

Dated: February 24, 2017

SIDLEY AUSTIN LLP

By:  /s/ Bridget S. Johnsen
Bridget S. Johnsen
Attorneys for Defendants
DIRECTV and DIRECTV, LLC

FEDERAL TRADE COMMISSION

By:  /s/ Jacob A. Snow
Jacob A. Snow
Attorneys for Plaintiff
Federal Trade Commission

Pursuant to Civil Local Rule 5-1(i), the filer attests that concurrence in the filing of this document has been obtained from the signatories above.

By:  /s/ Jacob A. Snow

**[PROPOSED] ORDER**

The parties' stipulated administrative motion is GRANTED.  DIRECTV and the FTC shall each file on Tuesday, February 28, 2017 a brief not exceeding five pages addressing the admissibility and foundation issues described above.

Dated:  2/27/2017

HON. HAYWOOD S. GILLIAM, JR.