| | |
|---|---|
| Eric D. Edmondson, D.C. Bar No. 450294<br>Erika Wodinsky, Cal. Bar No. 091700<br>Jacob A. Snow, Cal. Bar No. 270988<br>Boris Yankilovich, Cal Bar No. 257887<br>901 Market Street, Suite 570,<br>San Francisco, CA  94103<br>(415) 848-5100 / (415) 848-5184 (fax)<br>eedmondson@ftc.gov; ewodinsky@ftc.gov;<br>jsnow@ftc.gov; byankilovich@ftc.gov<br><br>Raymond E. McKown, Cal. Bar No. 150975<br>Stacy Procter, Cal. Bar No. 221078<br>Kenneth H. Abbe, Cal. Bar No. 172416<br>10877 Wilshire Blvd., Suite 700<br>Los Angeles, CA 90024<br>(310) 824-4343 / (310) 824-4380 (fax)<br>rmckown@ftc.gov; sprocter@ftc.gov;<br>kabbe@ftc.gov<br><br>Attorneys for Plaintiff<br>Federal Trade Commission | Jeffrey M. Tillotson, SBN 139372<br>jtillotson@tillotsonlaw.com<br>Tillotson Law<br>750 North Saint Paul Street, Suite 610<br>Dallas, TX 75201<br>Telephone: (214) 382-3040<br><br>Pete Marketos, Pro Hac Vice<br>pete.marketos@rgmfirm.com<br>Reese Gordon Marketos LLP<br>750 North Saint Paul Street, Suite 610<br>Dallas, TX  75201<br>Telephone: (214) 382-9810<br><br>Chad S. Hummel, SBN 139055<br>chummel@sidley.com<br>Mark D. Campbell, SBN 180528<br>mcampbell@sidley.com<br>Bridget S. Johnsen, SBN 210778<br>bjohnsen@sidley.com<br>Ryan M. Sandrock, SBN 251781<br>rsandrock@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone:  (415) 722-1200<br>Facsimile:    (415)772-7400<br><br>Attorneys for Defendants<br>DIRECTV and DIRECTV, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>          Plaintiff,<br><br>v.<br><br>DIRECTV, a corporation,<br><br>and<br><br>DIRECTV, LLC, a limited liability company,<br><br>          Defendants. | Case No. 4:15-cv-01129 HSG<br><br>Assigned to the Hon. Haywood S. Gilliam, Jr.<br><br>**JOINT FORM EXHIBIT LIST** |

Pursuant to Paragraph 22 of the Court's Civil Pretrial and Trial Standing Order, the parties hereby file their joint form exhibit list as **Exhibit A**.

Dated: March 3, 2017

SIDLEY AUSTIN

By: /s/ *Chad S. Hummel*
Chad S. Hummel
Attorney for Defendants
DIRECTV and DIRECTV, LLC

FEDERAL TRADE COMMISSION

By: /s/ *Eric D. Edmondson*
Eric D. Edmondson
Attorney for Plaintiff
Federal Trade Commission

Pursuant to Civil Local Rule 5-1(i), the filer attests that concurrence in the filing of this document has been obtained from the signatories above.

By: /s/ *Chad S. Hummel*
Chad S. Hummel