

OFFICE OF
THE COMMISSIONER

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

April 3, 2017

Via Hand Delivery

The Honorable Haywood S. Gilliam, Jr.
Via Clerk of Court
Ronald V. Dellums Federal Building & United States Courthouse
Office of the Clerk
1301 Clay Street, Suite 400 S
Oakland, CA 94612

   Re: Third-party filing in *FTC vs. DIRECTV and DIRECTV, LLC*,
      Case No. 4:15-cv-01129-HSG

Dear Judge Gilliam,

  I respectfully submit this letter in the above-captioned matter. I am one of two Commissioners currently serving on the Federal Trade Commission. In order for the agency to enter into a settlement to resolve this litigation, both I and the Acting Chairman must vote to accept a settlement and authorize the staff to file a stipulated order with the Court.

  In light of the status conference scheduled in this case on April 4, 2017, I write to provide the Court with my personal views regarding the current status of settlement negotiations. I have reviewed the most recent settlement terms that have been offered by the defendants to the Commission. In my opinion, the defendants' current offer of monetary relief does not adequately compensate consumers for the harm caused by the deceptive advertising practices challenged in this case. I believe that the total amount of monetary relief offered is insufficient, and that the non-cash component in particular is not meaningful in light of the large class of consumers potentially eligible for redress. Moreover, I have serious reservations about the terms of injunctive relief that have been offered and whether they would adequately protect consumers from deceptive conduct in the future.

Honorable Haywood S. Gilliam, Jr.
April 3, 2017
Page 2

At this time, I cannot support the most recent settlement terms that have been offered to the Commission.

Respectfully submitted,

*Terrell McSweeny* by CLD

Terrell McSweeny
Commissioner

cc: Kenneth Hatheway Abbe (kabbe@ftc.gov)
   Faye Chen Barnouw (fbarnouw@ftc.gov)
   Emily Cope Burton (eburton@ftc.gov)
   Mark Douglas Campbell (mcampbell@sidley.com)
   Leslie R. Chaggaris (leslie.chaggaris@rgmfirm.com)
   Eric David Edmondson (eedmondson@ftc.gov)
   Clayton S. Friedman (cfriedman@sidley.com)
   Katie Dolan-Galaviz (katie.galaviz@rgmfirm.com)
   Karen Goff (kgoff@ftc.gov)
   Matthew David Gold (mgold@ftc.gov)
   Sean Christopher Griffin (sgriffin@sidley.com)
   Chad Samuel Hummel (chummel@sidley.com)
   Bridget Santorelli Johnsen (bjohnsen@sidley.com)
   Lin Wang Kahn (lkahn@ftc.gov)
   Peter D. Marketos (pete.marketos@rgmfirm.com)
   Raymond Edward McKown (rmckown@ftc.gov)
   Whitney B. Merrill (wmerrill@ftc.gov)
   Benjamin Milton Mundel (bmundel@sidley.com)
   Kerry O'Brien (kobrien@ftc.gov)
   Stacy Rene Procter (sprocter@ftc.gov)
   Evan Rose (erose@ftc.gov)
   Ryan M. Sandrock (rsandrock@sidley.com)
   David C. Shonka (dshonka@ftc.gov)
   Jacob Adam Snow (jsnow@ftc.gov)
   Amy Teng (amyt2@atg.wa.gov)
   Jeffrey Mark Tillotson (jtillotson@tillotsonlaw.com)
   Erika Ruth Wodinsky (ewodinsky@ftc.gov)
   Michael Yaghi (myaghi@sidley.com)
   Boris Yankilovich (byankilovich@ftc.gov )

FEDERAL TRADE COMMISSION  
WESTERN REGION  
901 Market Street, Suite 570  
San Francisco, CA 94103  
OFFICIAL BUSINESS

FIRST CLASS MAIL

**CHAMBERS COPY – DO NOT FILE**

District Judge Haywood S. Gilliam Jr.

04:15-cv-01129-HSG

FTC v. DIRECTV et al