Eric D. Edmondson, D.C. Bar No. 450294
Erika Wodinsky, Cal. Bar No. 091700
Boris Yankilovich, Cal. Bar No. 257887
Jacob A. Snow, Cal. Bar No. 270988
901 Market Street, Suite 570, San Francisco, CA  94103
(415) 848-5100/(415) 848-5184 (fax)
*eedmondson@ftc.gov*; *ewodinsky@ftc.gov*;
*byankilovich@ftc.gov*; *jsnow@ftc.gov*

Raymond E. McKown, Cal. Bar No. 150975
Stacy Procter, Cal. Bar No. 221078
Kenneth H. Abbe, Cal. Bar No. 172416
10877 Wilshire Blvd., Suite 700, Los Angeles, CA 90024
(310) 824-4343/(310) 824-4380 (fax)
*rmckown@ftc.gov*; *sprocter@ftc.gov; kabbe@ftc.gov*

Attorneys for Plaintiff
Federal Trade Commission

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, a corporation, and<br><br>DIRECTV, LLC, a limited liability company,<br><br>Defendants. | Case No. 15-cv-01129-HSG<br><br>**PLAINTIFF'S STATUS REPORT AND REQUEST FOR SECOND TELEPHONIC HEARING**<br><br>APRIL 4, 2017<br><br>TELEPHONIC HEARING |

## I. BACKGROUND

On March 5, 2017, DIRECTV and DIRECTV, LLC, Defendants ("DIRECTV") filed an Unopposed Motion to Continue and Vacate All Trial Dates Pending Confirmation of Settlement. Dkt. No. 314. In that motion, DIRECTV stated that it had reached an agreement in principle with the FTC's Bureau of Consumer Protection as to the material terms of a settlement and requested an unopposed continuance.

On March 6, 2017, the Court granted the requested relief and set a status conference for April 4, 2017. Dkt. No. 315. During the intervening period, the Bureau of Consumer Protection has continued to work on the settlement with DIRECTV and now reports its progress to the Court.

## II. STATUS OF SETTLEMENT

The Bureau of Consumer Protection and DIRECTV have reduced the agreement in principle reported to the Court on March 5, 2017 to a written agreement styled as a Stipulated Order ("Proposed Order"). On March 24, 2017, DIRECTV (through its counsel of record and an officer of the company) executed the Proposed Order and the Bureau of Consumer Protection forwarded the Proposed Order to the Commission for its consideration.

The Commission currently has two sitting Commissioners and three Commissioner vacancies awaiting Presidential appointment and Congressional confirmation. Given the current composition of the Commission, both commissioners must vote in the affirmative for the Commission to accept the Proposed Order. It is possible that the settlement will not receive two affirmative votes.

DIRECTV has indicated that it plans to meet individually with each of the two sitting Commissioners on April 7, 2017, to discuss the Proposed Order. Accordingly, the Commission has not yet voted on whether to accept the settlement.

Accordingly, the Commission respectfully requests that the Court schedule a second telephonic hearing in approximately 14 days, on a date and time convenient for the Court.

Respectfully submitted,

Dated: April 4, 2017

/s/ Eric D. Edmondson
Eric D. Edmondson
Erika Wodinsky
Boris Yankilovich
Jacob A. Snow

Attorneys for Plaintiff
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
(415) 848-5100 (phone)
(415) 848-5184 (facsimile)