Jeff Tillotson, SBN 139372
jtillotson@TillotsonLaw.com
Tillotson Law
750 North Saint Paul, Suite 610
Dallas, TX 75201
Telephone: (214) 382-3040

Pete Marketos, *Pro Hac Vice*
pete.marketos@rgmfirm.com
Reese Gordon Marketos LLP
750 North Saint Paul, Suite 610
Dallas, TX 75201
Telephone: (214) 382-9810

Chad S. Hummel, SBN 139055
chummel@sidley.com
Mark D. Campbell, SBN 180528
mcampbell@sidley.com
Bridget S. Johnsen, SBN 210778
bjohnsen@sidley.com
Ryan M. Sandrock, SBN 251781
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 722-1200

Attorneys for Defendants
DIRECTV and DIRECTV, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>DIRECTV, a corporation<br>and<br>DIRECTV, LLC a limited liability company,<br><br>Defendants. | Case No. 4:15-cv-01129-HSG<br><br>Assigned to the Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER RE: DIRECTV'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF DIRECTV'S MOTION FOR LEAVE TO FILE THIRD AMENDED ANSWER** |

Having considered DIRECTV's Administrative Motion for Leave to File Reply in Support of DIRECTV's Motion for Leave to File Third Amended Answer, it is hereby ordered that the motion is **DENIED**.

Dated: July 10, 2017

*/s/ Haywood S. Gilliam, Jr.*
HON. HAYWOOD S. GILLIAM, JR.