| | |
|---|---|
| Eric D. Edmondson, D.C. Bar No. 450294<br>Erika Wodinsky, Cal. Bar No. 091700<br>Jacob A. Snow, Cal. Bar No. 270988<br>Boris Yankilovich, Cal Bar No. 257887<br>901 Market Street, Suite 570,<br>San Francisco, CA 94103<br>(415) 848-5100 / (415) 848-5184 (fax)<br>eedmondson@ftc.gov; ewodinsky@ftc.gov;<br>jsnow@ftc.gov; byankilovich@ftc.gov<br><br>Raymond E. McKown, Cal. Bar No. 150975<br>Stacy Procter, Cal. Bar No. 221078<br>Kenneth H. Abbe, Cal. Bar No. 172416<br>10877 Wilshire Blvd., Suite 700<br>Los Angeles, CA 90024<br>(310) 824-4343 / (310) 824-4380 (fax)<br>rmckown@ftc.gov; sprocter@ftc.gov;<br>kabbe@ftc.gov<br><br>Attorneys for Plaintiff<br>Federal Trade Commission | Jeffrey M. Tillotson, SBN 139372<br>jtillotson@tillotsonlaw.com<br>Tillotson Law<br>750 North Saint Paul Street, Suite 610<br>Dallas, TX 75201<br>Telephone: (214) 382-3040<br><br>Pete Marketos, Pro Hac Vice<br>pete.marketos@rgmfirm.com<br>Reese Gordon Marketos LLP<br>750 North Saint Paul Street, Suite 610<br>Dallas, TX 75201<br>Telephone: (214) 382-9810<br><br>Chad S. Hummel, SBN 139055<br>chummel@sidley.com<br>Mark D. Campbell, SBN 180528<br>mcampbell@sidley.com<br>Bridget S. Johnsen, SBN 210778<br>bjohnsen@sidley.com<br>Ryan M. Sandrock, SBN 251781<br>rsandrock@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 722-1200<br>Facsimile: (415)772-7400<br><br>Attorneys for Defendants<br>DIRECTV and DIRECTV, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>          Plaintiff,<br><br>v.<br><br>DIRECTV, a corporation,<br><br>and<br><br>DIRECTV, LLC, a limited liability company,<br><br>          Defendants. | Case No. 4:15-cv-01129 HSG<br><br>Assigned to the Hon. Haywood S. Gilliam, Jr.<br><br>**STIPULATION REGARDING ADMISSION OF CERTAIN PRINT ADVERTISEMENTS**<br><br>**[Local Rule 7-12]** |

Plaintiff Federal Trade Commission ("FTC") and Defendants DIRECTV and DIRECTV, LLC ("DIRECTV") (collectively, the "parties") jointly stipulate, pursuant to N.D. Cal. Local Rule 7-12, to the admission of the following print advertisements as trial exhibits:

Exhibit Nos: 78, 79, 82, 83, 87, 88, 89, 90, 91, 93, 94, 95, 96, 97, 98, 99, 101, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 129, 130, 131, 132, 134, 136, 137, 138, 139, 141, 142, 143, 144, 145, 146, 147, 148, 150, 151, 152, 154, 155, 156, 157, 160, 161, 162, 163, 164, 165, 166, 168, 169, 170, 171, 172, 173, 174, 175, 176, 177, 178, 179, 182, 183, 184, 185, 186, 187, 188, 189, 190, 192, 193, 194, 195, 197, 198, 199, 200, 201, 202, 203, 206, 207, 208, 209, 210, 213, 214, 215, 216, 217, 218, 219, 222, 223, 224, 225, 226, 227, 228, 229, 230, 231, 232, 234, 235, 239, 240, 241, 242, 243, 244, 245, 246, 247, 248, 249, 250, 251, 252, 253, 254, 255, 257, 258, 259, 262, 263, 264, 265, 268, 269, 270, 271, 272, 273, 274, 275, 276, 278, 279, 280, 281, 282, 283, 284, 285, 286, 287, 288, 289, 290, 291, 292, 293, 294, 295, 296, 297, 298, 299, 300, 301, 302, 303, 304, 306, 307, 308, 309, 310, 311, 312, 313, 314, 321, 322, 323, 325, 326, 327, 328, 329, 330, 332, 333, 334, 335, 336, 337, 338, 342, 1304, 1329, 1339, 1341, 2008, 2009, 2012, 2014, 2015, 2020, 2022, 2023, 2024, 2025, 2026, 2006A, 2007A, 2008A, 2010A, 2011A, 2012A, 2014A, 2015A, 2016A, 2017A, 2018A, 2019A, 2020A, 2021A, 2022A, 2024A, 2025A, and 2026A.

Dated: August 27, 2017

SIDLEY AUSTIN

By: /s/ Chad S. Hummel
Chad S. Hummel
Attorneys for Defendants
DIRECTV and DIRECTV, LLC

FEDERAL TRADE COMMISSION

By: /s/ Eric D. Edmondson
Eric D. Edmondson
Attorneys for Plaintiff
Federal Trade Commission

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 5-1(i), the filer attests that concurrence in the filing of this |
| 2 | document has been obtained from the signatories above. |
| 3 | By: /s/   Erika Wodinsky |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED, AND THE DOCUMENTS REFERENCED ABOVE ARE ADMITTED INTO EVIDENCE IN THE TRIAL OF THE ABOVE-CAPTIONED MATTER.

Dated: August 28, 2017

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge