Eric D. Edmondson, D.C. Bar No. 450294
Erika Wodinsky, Cal. Bar No. 091700
Jacob A. Snow, Cal. Bar No. 270988
Boris Yankilovich, Cal Bar No. 257887
901 Market Street, Suite 570,
San Francisco, CA 94103
(415) 848-5100 / (415) 848-5184 (fax)
eedmondson@ftc.gov; ewodinsky@ftc.gov;
jsnow@ftc.gov; byankilovich@ftc.gov

Raymond E. McKown, Cal. Bar No. 150975
Stacy Procter, Cal. Bar No. 221078
Kenneth H. Abbe, Cal. Bar No. 172416
10877 Wilshire Blvd., Suite 700
Los Angeles, CA 90024
(310) 824-4343 / (310) 824-4380 (fax)
rmckown@ftc.gov; sprocter@ftc.gov;
kabbe@ftc.gov

Attorneys for Plaintiff
Federal Trade Commission

Jeffrey M. Tillotson, SBN 139372
jtillotson@tillotsonlaw.com
Tillotson Law
750 North Saint Paul Street, Suite 610
Dallas, TX 75201
Telephone: (214) 382-3040

Pete Marketos, Pro Hac Vice
pete.marketos@rgmfirm.com
Reese Gordon Marketos LLP
750 North Saint Paul Street, Suite 610
Dallas, TX 75201
Telephone: (214) 382-9810

Chad S. Hummel, SBN 139055
chummel@sidley.com
Mark D. Campbell, SBN 180528
mcampbell@sidley.com
Bridget S. Johnsen, SBN 210778
bjohnsen@sidley.com
Ryan M. Sandrock, SBN 251781
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 722-1200
Facsimile:   (415)772-7400

Attorneys for Defendants
DIRECTV and DIRECTV, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 4:15-cv-01129 HSG |
| Plaintiff, | Assigned to the Hon. Haywood S. Gilliam, Jr. |
| v. | **STIPULATION REGARDING ADMISSION OF CERTAIN DIRECTV ONBOARDING DOCUMENTS** |
| DIRECTV, a corporation, | |
| and | |
| DIRECTV, LLC, a limited liability company, | **[Local Rule 7-12]** |
| Defendants. | |

1        Plaintiff Federal Trade Commission ("FTC") and Defendants DIRECTV and DIRECTV,

2 LLC ("DIRECTV") (collectively, the "parties") jointly stipulate, pursuant to N.D. Cal. Local Rule 7-

3 12, to the admission of the below, which consist of certain categories of documents that were

4 discussed during the trial testimony of Mr. Brad Bentley on August 15 and 16, 2017:

5 **Lease Addendum**: Trial Exhibit 2388 is an exemplar of a Lease Addendum, admitted on August

6 16, 2017.  Mr. Bentley testified that Trial Exhibit 2388 is a one-page equipment lease agreement

7 from 2014 that the customer signed on the date of installation.  Tr. 378:17-380:8.  Trial Exhibits 846,

8 2387, 2394, 2395, 2396, 2397, 2398, and 2399 are additional Lease Addendums the parties agree to

9 admit.

10 **Residential Customer Agreement**:  Trial Exhibit 2389 is a Residential Customer Agreement,

11 admitted August 16, 2017.  Mr. Bentley testified that Trial Exhibit 2389 is a DIRECTV customer

12 agreement effective as of June 2013.  Tr. 382:1-383:9.  Trial Exhibits 2390, 2400, 2401, 2402, and

13 2403 are additional Residential Customer Agreements the parties agree to admit.

14 **Order Confirmation Emails and Letters**:  Trial Exhibit 2573 is an order confirmation email.  Mr.

15 Bentley testified that Trial Exhibit 2573 is a May 2014 order confirmation that DIRECTV either

16 emailed or mailed to customers.  Tr. 373:21-378:21.  Trial Exhibits 845, 2391, 2449, 2459, 2466,

17 2467, 2468, 2469, 2470, 2472, 2473, 2475, 2477, 2478, 2483, 2485, 2486, 2487, 2489, 2499, 2500,

18 2504, 2505, 2506, 2508, 2509, 2510, 2512, 2514, 2516, 2520, 2521, 2526, 2529, 2532, 2537, 2538,

19 2544, 2546, 2547, 2550, 2551, 2553, 2559, 2561, 2563, 2565, 2566, 2570, 2571, 2573 are additional

20 order confirmation emails and letters the parties agree to admit.

21 **First Subscriber Bill**:  Trial Exhibits 2412 and 2413 are first subscriber bills, admitted August 16,

22 2017.  Mr. Bentley testified that Tr. Ex. 2412 is an example of a first month's bill from 2009.  Tr.

23 383:10-384:15.  He testified that Tr. Ex. 2413 is a bill from a later year that shows changes

24 DIRECTV made to the bill.  Tr. 385:1-388:1.  Trial Exhibits 2193 and 2414 are additional first

25 subscriber bills the parties agree to admit.

Dated: August 30, 2017

SIDLEY AUSTIN

By: /s/ Chad S. Hummel
Chad S. Hummel
Attorneys for Defendants
DIRECTV and DIRECTV, LLC

FEDERAL TRADE COMMISSION

By: /s/ Eric D. Edmondson
Eric D. Edmondson
Attorneys for Plaintiff
Federal Trade Commission

Pursuant to Civil Local Rule 5-1(i), the filer attests that concurrence in the filing of this document has been obtained from the signatories above.

By: /s/ Ryan M. Sandrock

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED, AND THE DOCUMENTS REFERENCED ABOVE ARE ADMITTED INTO EVIDENCE IN THE TRIAL OF THE ABOVE-CAPTIONED MATTER.

Dated: 8/31/2017

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge