UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>　　　　Plaintiff,<br>　v.<br>DIRECTV, INC., et al.,<br>　　　　Defendants. | Case No. 15-cv-01129-HSG<br>**ORDER DENYING MOTION FOR LEAVE TO FILE AMICUS BRIEF**<br>Re: Dkt. No. 406 |

Before the Court is Public Good Law Center, Consumers Union, Consumer Action, and National Association of Consumer Advocates' motion for leave to file an amicus brief in support of the Federal Trade Commission ("FTC"). *See* Dkt. No. 406.

Courts have discretion to permit amicus briefing and will often do so if it is "useful to or otherwise desirable to the court." *In re DRAM Antitrust Litig.*, No. M 02-1486 PJH, 2007 WL 2022026, at *1 (N.D. Cal. July 9, 2007). The Court having fully heard the FTC on all its claims at trial, the issue now is whether the FTC has met its burden of proof in this case. But the proposed amicus brief simply repeats arguments raised by the FTC, without offering any "unique information or perspective that can help the court" decide the issue now before it. *See IO Group, Inc. v. Veoh Networks, Inc.,* No. 06-03926-HRL, 2007 WL 2433385, at *1 (N.D. Cal. Aug. 22, 2007) (quotation omitted). Accordingly, the Court **DENIES** the motion.

**IT IS SO ORDERED.**

Dated: 10/25/2017

　　　　　　　　　　　　　　　　　　/s/ Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　United States District Judge