Eric D. Edmondson, D.C. Bar No. 450294
Erika Wodinsky, Cal. Bar No. 091700
Boris Yankilovich, Cal. Bar No. 257887
901 Market Street, Suite 570, San Francisco, CA 94103
(415) 848-5100/(415) 848-5184 (fax)
*eedmondson@ftc.gov*; *ewodinsky@ftc.gov; byankilovich@ftc.gov*

Kenneth H. Abbe, Cal. Bar No. 172416
Stacy Procter, Cal. Bar No. 221078
10877 Wilshire Blvd., Suite 700, Los Angeles, CA 90024
(310) 824-4343/(310) 824-4380 (fax)
*kabbe@ftc.gov; sprocter@ftc.gov*

Attorneys for Plaintiff
Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br>          Plaintiff,<br><br>     v.<br><br>**DIRECTV,**<br>     a corporation,<br>and<br><br>**DIRECTV, LLC,**<br>     a limited liability company,<br><br>               Defendants. | Case No. 15-cv-01129-HSG<br><br>**NOTICE OF CHANGE OF COUNSEL** |

1
2
3
4   PLEASE TAKE NOTICE that Dean Graybill of the Federal Trade Commission hereby withdraws his appearance as counsel for Plaintiff Federal Trade Commission in the above-captioned case.  Mr. Graybill's last day of employment with the Federal Trade Commission was January 26, 2018.

Respectfully submitted,

Dated:  January 29, 2018                     /s/ Dean Graybill