| | |
|---|---|
| Eric D. Edmondson, D.C. Bar No. 450294<br>Erika Wodinsky, Cal. Bar No. 091700<br>Evan Rose, Cal. Bar No. 253478<br>FEDERAL TRADE COMMISSION<br>901 Market Street, Suite 570<br>San Francisco, CA 94103<br>Telephone: (415) 848-5100<br>Facsimile: (415) 848-5184<br>eedmondson@ftc.gov; ewodinsky@ftc.gov;<br>erose@ftc.gov<br><br>Stacy Procter, Cal. Bar No. 221078<br>Kenneth H. Abbe, Cal. Bar No. 172416<br>Faye Chen Barnouw, Cal. Bar No. 168631<br>FEDERAL TRADE COMMISSION<br>10990 Wilshire Blvd., Suite 400<br>Los Angeles, CA 90024<br>Telephone: (310) 824-4300<br>Facsimile: (310) 824-4380<br>sprocter@ftc.gov; kabbe@ftc.gov;<br>fbarnouw@ftc.gov<br><br>Attorneys for Plaintiff<br>FEDERAL TRADE COMMISSION | Jeffrey M. Tillotson, SBN 139372<br>TILLOTSON LAW<br>1807 Ross Avenue, Suite 325<br>Dallas, TX 75201<br>Telephone: (214) 382-3040<br>jtillotson@TillotsonLaw.com<br><br>Pete Marketos, *Pro Hac Vice*<br>REESE GORDON MARKETOS LLP<br>750 North Saint Paul, Suite 610<br>Dallas, TX 75201<br>Telephone: (214) 382-9810<br>pete.marketos@rgmfirm.com<br><br>Chad S. Hummel, SBN 139055<br>Mark D. Campbell, SBN 180528<br>Bridget S. Johnsen, SBN 210778<br>Ryan M. Sandrock, SBN 251781<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 722-1200<br>Facsimile: (415) 772-7400<br>chummel@sidley.com; mcampbell@sidley.com;<br>bjohnsen@sidley.com; rsandrock@sidley.com<br><br>Attorneys for Defendants<br>DIRECTV and DIRECTV, LLC |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>DIRECTV, a corporation, and DIRECTV, LLC, a limited liability company,<br><br>    Defendants. | Case No. 4:15-cv-01129-HSG<br><br>**STIPULATED REQUEST AND ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE**<br><br>Assigned to: Hon. Haywood S. Gilliam, Jr. |

Case No. 4:15-cv-01129-HSG
STIPULATED REQUEST AND ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, defendants DIRECTV and DIRECTV, LLC (collectively, "DIRECTV") and plaintiff Federal Trade Commission ("FTC") hereby stipulate to and respectfully request a four-week postponement of the case management conference currently scheduled for September 4, 2018 (*see* Dkt. No. 118 at p. 45). The parties respectfully ask that the case management conference be continued until October 2, 2018 at 2:00 p.m. or another date and time convenient to the Court. Pursuant to Civil Local Rule 6-2, the reasons for the requested modification are set forth in the declaration of Eric Edmondson accompanying this filing.

Date: August 29, 2018                                         Respectfully Submitted,


By:   /s/  Eric Edmondson
      Eric D. Edmondson
      Counsel for Plaintiff Federal Trade
      Commission


By:   /s/  Pete Marketos
      Pete Marketos
      Counsel for Defendants DIRECTV and
      DIRECTV, LLC


**FILER'S ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Parties' Joint Submission. I hereby attest that the signatory has concurred in this filing.

Date: August 29, 2018                                         SIDLEY AUSTIN LLP


By:   /s/  Ryan M. Sandrock
      Ryan M. Sandrock

_____

2                  Case No. 4:15-cv-01129-HSG
STIPULATED REQUEST AND ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE

**ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED EXCEPT THAT:

The Case Management Conference is continued to October 2, 2018 at 2:00 p.m.

Dated: August 30, 2018

_____
Honorable Haywood S. Gilliam, Jr.