1  Jeff Tillotson, SBN 139372
   jtillotson@TillotsonLaw.com
2  Tillotson Law
   750 North Saint Paul
3  Suite 610
   Dallas, TX 75201
4  Telephone: (214) 382-3040

5  Pete Marketos, *Pro Hac Vice*
   pete.marketos@rm-firm.com
6  Reese Marketos LLP
   750 North Saint Paul
7  Suite 600
   Dallas, TX 75201
8  Telephone: (214) 382-9810

9  Chad S. Hummel, SBN 139055
   chummel@sidley.com
10 Bridget S. Johnsen, SBN 210778
   bjohnsen@sidley.com
11 Ryan M. Sandrock, SBN 251781
   rsandrock@sidley.com
12 SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
13 San Francisco, CA 94104
   Telephone: (415) 722-1200
14 Facsimile: (415) 772-7400

15 Attorneys for Defendants
   DIRECTV and DIRECTV, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, a corporation,<br><br>and<br><br>DIRECTV, LLC, a limited liability company,<br><br>Defendants. | Case No. 3:15-cv-01129 HSG<br><br>Assigned to the Hon. Haywood S. Gilliam, Jr.<br><br>**DIRECTV'S CASE-IN-CHIEF WITNESS LIST**<br><br>**Trial Date: October 29, 2018**<br>Courtroom 2, 4th Floor<br>Hon. Haywood S. Gilliam, Jr. |

DIRECTV hereby submits the following list of witnesses that DIRECTV will call in its case-in-chief.

| Witness Name | Brief Summary of Testimony |
| --- | --- |
| Vincent Torres, Senior Vice President, Consumer Marketing and Analytics (AT&T) | Mr. Torres will testify regarding DIRECTV's business analytics data relating to customer acquisition and DIRECTV's premium channel offer as applied to those DIRECTV customers who subscribed via DIRECTV's website. |
| Kerry O'Brien, Assistant Regional Director at Federal Trade Commission (Western Region) By Deposition (FRCP 30(b)(6)) | Ms. O'Brien will testify regarding the FTC's contentions and admissions relating to the nature and extent of alleged injury, or lack of injury, to consumers as a result of DIRECTV's advertising and disclosures. |

<u>To the extent the Court finds that the FTC has met its burden of proving that the amount it seeks in restitution reasonably approximates DIRECTV's unjust gains</u>, if any, and that the burden has shifted to DIRECTV under the framework in *F.T.C. v. Commerce Planet, Inc.*, 815 F.3d 593 (9th Cir. 2016), DIRECTV may call:

| Witness Name | Brief Summary of Testimony |
| --- | --- |
| Michael R. Baye (rebuttal expert), Bert Elwert Professor of Business Economics and Public Policy, Indiana University Kelley School of Business | Dr. Baye may testify regarding the opinions disclosed in Dr. Baye's rebuttal expert report and in response to the FTC's expert, Dr. Daniel Rascher, specific to the FTC's web-based allegations, including, but not limited to, the appropriate methodology for analyzing injury or harm to consumers through impact analyses, the results of those analyses as applied to the FTC's allegations, and any alleged "unjust gains" to DIRECTV. |

Date: October 15, 2018

By: /s/ Jeffrey M. Tillotson

DIRECTV and DIRECTV, LLC

**FILER'S ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing. I hereby attest that the signatory has concurred in this filing.

Date: October 15, 2018                    SIDLEY AUSTIN LLP

By: /s/ Ryan M. Sandrock
Ryan M. Sandrock