| | |
|---|---|
| Eric D. Edmondson, D.C. Bar No. 450294<br>Erika Wodinsky, Cal. Bar No. 091700<br>Evan Rose, Cal. Bar No. 253478<br>FEDERAL TRADE COMMISSION<br>901 Market Street, Suite 570<br>San Francisco, CA 94103<br>Telephone: (415) 848-5100<br>Facsimile: (415) 848-5184<br>eedmondson@ftc.gov; ewodinsky@ftc.gov;<br>erose@ftc.gov<br><br>Stacy Procter, Cal. Bar No. 221078<br>Kenneth H. Abbe, Cal. Bar No. 172416<br>Faye Chen Barnouw, Cal. Bar No. 168631<br>FEDERAL TRADE COMMISSION<br>10990 Wilshire Blvd., Suite 400<br>Los Angeles, CA 90024<br>Telephone: (310) 824-4300<br>Facsimile: (310) 824-4380<br>sprocter@ftc.gov; kabbe@ftc.gov;<br>fbarnouw@ftc.gov<br><br>Attorneys for Plaintiff<br>FEDERAL TRADE COMMISSION | Jeffrey M. Tillotson, SBN 139372<br>TILLOTSON LAW<br>1807 Ross Avenue, Suite 325<br>Dallas, TX 75201<br>Telephone: (214) 382-3040<br>jtillotson@TillotsonLaw.com<br><br>Pete Marketos, *Pro Hac Vice*<br>REESE GORDON MARKETOS LLP<br>750 North Saint Paul, Suite 610<br>Dallas, TX 75201<br>Telephone: (214) 382-9810<br>pete.marketos@rgmfirm.com<br><br>Chad S. Hummel, SBN 139055<br>Mark D. Campbell, SBN 180528<br>Bridget S. Johnsen, SBN 210778<br>Ryan M. Sandrock, SBN 251781<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 722-1200<br>Facsimile: (415) 772-7400<br>chummel@sidley.com; mcampbell@sidley.com;<br>bjohnsen@sidley.com; rsandrock@sidley.com<br><br>Attorneys for Defendants<br>DIRECTV and DIRECTV, LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>      Plaintiff,<br><br>    vs.<br><br>DIRECTV, a corporation, and DIRECTV, LLC, a limited liability company,<br><br>      Defendants. | Case No. 4:15-cv-01129-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING THE ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Assigned to: Hon. Haywood S. Gilliam, Jr. |

Plaintiff Federal Trade Commission (FTC) and defendants DIRECTV and DIRECTV, LLC (collectively "DIRECTV") stipulate as follows:

WHEREAS, on March 11, 2015, the FTC filed a complaint against DIRECTV (Dkt. No. 1);

WHEREAS, after careful consideration, the parties to this Stipulation have conferred and believe that this action should be dismissed with prejudice;

WHEREAS, Plaintiffs and Defendants agree that each party will bear their own fees and costs incurred in connection with this litigation;

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED THAT, the FTC and DIRECTV, by and through their undersigned counsel, hereby agree and stipulate to the following:

(1) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action is voluntarily dismissed with prejudice; and

(2) Plaintiff and Defendants will bear their own fees and costs.

Date: October 19, 2018                    Respectfully Submitted,


By: /s/ Eric Edmondson
Eric D. Edmondson
Counsel for Plaintiff Federal Trade Commission


By: /s/ Jeff Tillitson
Jeffrey M. Tillitson
Counsel for Defendants DIRECTV and DIRECTV, LLC

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: October __, 2018

---
HAYWOOD S. GILLIAM, JR.
United States District Judge

**FILER'S ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Parties' Joint Submission. I hereby attest that the signatory has concurred in this filing.

Date: October 29, 2018

By: /s/ Eric D. Edmondson
Eric D. Edmondson